SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
THOMAS R. KAUFMAN, Cal. Bar No. 177936
tkaufman@sheppardmullin.com
GREGG A. FISCH, Cal. Bar No. 214486
gfisch@sheppardmullin.com
JASON P. BROWN, Cal. Bar No. 296688
jpbrown@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone: 310.228.3700
Facsimile: 310.228.3701

Attorneys for Defendant
WELLS FARGO BANK, N.A.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PATRICIA ANNE T. SAMSON, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a South Dakota Corporation; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-04839 BRO<br><br>Assigned to:<br>Hon. Beverly Reid O'Connell __<br><br>**JUDGMENT**<br><br>Complaint Filed: May 20, 2016 |

# ORDER

The Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment of Defendant Wells Fargo Bank, N.A. ("Wells Fargo") came on regularly for hearing on May 15, 2017, at 1:30 p.m., before this Court in Courtroom 7C, the Honorable Beverly Reid O'Connell, presiding. All parties were represented by their respective counsel.

After considering the moving and opposing papers, the Statement of Uncontroverted Facts and Conclusions of Law, arguments of counsel, and all other matters presented to the Court, FOR GOOD CAUSE SHOWN, the Court finds that there is no triable issue of material fact and that Wells Fargo is entitled to summary judgment as a matter of law as to the following issues or claims for relief. Specifically, the Court finds that:

1. Wells Fargo is entitled to summary judgment on Plaintiff's claim for FEHA age discrimination because Plaintiff failed to exhaust her administrative remedies as to this claim.

2. Wells Fargo is entitled to summary judgment on Plaintiff's claim for FEHA gender discrimination because Plaintiff failed to exhaust her administrative remedies as to this claim.

3. Wells Fargo is entitled to summary judgment on Plaintiff's claim for FEHA national origin discrimination because Plaintiff failed to exhaust her administrative remedies as to this claim.

4. Plaintiff's disability discrimination and retaliation claims, and the derivative wrongful termination claim, fail because Plaintiff lacks "specific, substantial evidence" that the rationale for eliminating her position was a pretext for intentional discrimination or retaliation.

5. Plaintiff's failure to accommodate claim fails because it is derivative of Plaintiff's underlying FEHA claims, which fail as a matter of law.

-2-
SMRH:483168765.2

6. As a result of the Court's rulings on the other issues and claims for relief, Plaintiff has no basis to seek punitive damages against Wells Fargo.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED**, that judgment is entered in this action as follows:

1. Plaintiff Patricia Anne Samson shall recover nothing from Wells Fargo;

2. Wells Fargo's Motion for Summary Judgment is granted in its entirety and judgment is entered forthwith in favor of Wells Fargo as to the issues and claims for relief set forth above; and

3. Wells Fargo shall recover from Plaintiff Patricia Anne Samson its costs in the sum determined by the Clerk of the Court pursuant to Local Rule 54-1, *et seq*.

IT IS SO ORDERED.

DATED: June 19, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge

SMRH:483168765.2