JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANNE T. SAMSON,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a business, form unknown; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE No. CV-16-04839 GW (AGRx)<br>[Assigned to the Hon. George H. Wu, Courtroom 9D]<br><br>**JUDGMENT IN A CIVIL ACTION**<br><br><br>Complaint filed: May 20, 2016<br>Trial Date:  March 10, 2020 |

The Court has ordered that the Plaintiff PATRICIA ANN T. SAMSON recover from the Defendant WELLS FARGO BANK, N.A., the amount of Five Hundred Thousand dollars ($500,000.00), which includes prejudgment interest at the rate of 6.16%, plus post judgment interest at the rate of 6.16% per annum, along with costs and attorneys' fees.

This action was tried by a jury with Judge George H. Wu presiding, and the jury has rendered a verdict.

Dated: March 25, 2020   _____
Hon. George H. Wu
United States District Judge