# EXHIBIT 2

Case 2:16-cv-04639-GW-AGR Document 181-3 Filed 02/12/21 Page 2 of 4 Page ID
Case 3:15-cv-02287-BAS-NLS Document 12-2 Filed 02/19/16 Page 1 of 3 Page ID
#:6176

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
POLLY TOWILL, Cal. Bar No. 120420
ptowill@sheppardmullin.com
ANDRE J. CRONTHALL, Cal. Bar No. 117088
acronthall@sheppardmullin.com
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398

Attorneys for Defendant
BofI HOLDING, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MATTHEW ERHART, an individual, | Case No. 15-cv-2287-BAS-NLS |
| Plaintiff, | **DECLARATION OF POLLY TOWILL IN SUPPORT OF BOFI HOLDING, INC.'S MOTION FOR IMPOSITION OF SANCTIONS FOR SPOLIATION OF EVIDENCE AGAINST PLAINTIFF CHARLES MATTHEW ERHART** |
| v. | |
| BOFI HOLDING INC., an entity d/b/a BOFI FEDERAL BANK and BANK OF THE INTERNET, | Date: March 21, 2016 |
| Defendants. | NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |
| | Courtroom 4B |
| | The Hon. Cynthia Bashant (Schwartz Courthouse) |

Case No. 15-cv-2287-BAS-NLS

Case 2:16-cv-04830-GW-AGR Document 181-3 Filed 02/12/21 Page 2 of 4 Page ID
#:6177
Case 3:15-cv-02287-BAS-NLS Document 122 Filed 02/19/16 Page 2 of 3

I, Polly Towill, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendant BofI Holding, Inc. ("BofI"). If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2. On October 19, 2015, BofI initiated an action entitled *BofI Federal Bank v. Charles Matthew Erhart*, U.S. District Court for the Southern District of California Case No. 15-cv-2353-BAS-NLS.

3. Attached hereto as Exhibit G is a true and correct copy of relevant portions of the transcript of the December 6, 2015 deposition of Charles Matthew Erhart taken in the related case entitled *BofI Federal Bank v. Charles Matthew Erhart*.

4. After Erhart's December 6, 2015 deposition, Erhart's counsel produced certain electronic information belonging to Erhart, including personal emails. Attached hereto as Exhibit H is a true and correct copy of one of many emails received from Erhart.

5. Alison N. Kleaver was the lead associate who prepared this motion. Ms. Kleaver spent over 50 hours researching, preparing and revising the motion, consulting with the forensic computer experts, other associates who provided research assistance and the client, and preparing and revising the supporting declarations and evidence. Her billing rate for this matter is $555 per hour. Because of the complexity of this motion, I anticipate that Ms. Kleaver will spend an additional 15 hours reviewing any opposition to this brief, researching authority, and preparing a response. I spent over 10 hours supervising the preparation of this motion, including reviewing and revising the motion and supporting documents, providing direction and guidance, and conferring with my client. My billing rate for this matter is $650 per hour.

-1-

Case 2:16-cv-04839-GW-AGR Document 181-3 Filed 02/12/21 Page 4 of 4 Page ID
Case 3:15-cv-02287-BAS-NLS Document 12-2 Filed 02/19/16 Page 3 of 3
#:6178

6.      Ms. Kleaver's and my billing rates for this matter are reasonable and are comparable to the rates charged by similar law firms in Los Angeles for attorneys of their and my level and experience.

(a)      Ms. Kleaver is a senior associate at Sheppard Mullin, one of the largest law firms in California.  She graduated from law school and was admitted to the bar in 2007 and has practiced civil litigation at Sheppard Mullin ever since.

(b)      I am a partner at Sheppard Mullin.  I graduated from law school and was admitted to the bar in 1985 and have practiced civil litigation ever since.  I have extensive experience in litigating complex business disputes with particular expertise in litigation on behalf of financial institution and services.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 19, 2016, at Los Angeles, California.

*/s/ Polly Towill*
POLLY TOWILL
Email: ptowill@sheppardmullin.com

Case No. 15-cv-2287-BAS-NLS
SMRH:474102509.1
DECL. OF POLLY TOWILL ISO BOFI'S MOTION FOR SPOLIATION OF EVIDENCE AGAINST CHARLES MATTHEW ERHART