# EXHIBIT 5

André E. Jardini (State Bar No. 71335)
aej@kpclegal.com
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, California 91203-1922
Telephone:  (818) 547-5000
Facsimile:  (818) 547-5329

{Additional Counsel Listed on Next Page}

Attorneys for Plaintiff
JENNIFER AUGUSTUS, Individually and on Behalf of
All Similarly Situated Individuals

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF LOS ANGELES

JENNIFER AUGUSTUS, Individually and on Behalf of All Similarly Situated Individuals,

        Plaintiff,

        v.

AMERICAN COMMERCIAL SECURITY SERVICES, a wholly owned subsidiary of ABM INDUSTRIES INC.; and DOES 1 through 100, inclusive,

        Defendants.

AND RELATED CONSOLIDATED CASES AND RELATED CASES.

NO.    BC336416; C/W CGC5444421; C/W BC345918; Related to BC388380

Date:                          10/3/2012
Time:                        9:30 a.m.
Dept:                         CCW – 311
Judge:  The Hon. John Shepard Wiley, Jr.
Date Action Filed:            7/12/2005

DECLARATION OF ANDRÉ E. JARDINI IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

KNAPP,
PETERSEN
& CLARKE

-1-
*DECLARATION OF ANDRE E. JARDINI IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES*

1536525.1  08000/00905

Drew E. Pomerance, Esq. (State Bar No. 101239)
Michael B. Adreani, Esq. (State Bar No. 194991)
Marina N. Vitek, Esq. (State Bar No. 183397)
ROXBOROUGH, POMERANCE, NYE & ADREANI LLP
5820 Canoga Avenue, Suite 250
Woodland Hills, California 91367
Telephone:  (818) 992-9999
Facsimile:  (818) 992-9991

Scott Edward Cole, Esq.
Matthew R. Bainer, Esq.
SCOTT COLE & ASSOCIATES, APC
1970 Broadway, Suite 950
Oakland, California 94612
Telephone:  (510) 891-9800
Facsimile:  (510) 891-7030

Marc Primo, Esq.
Raul Perez, Esq.
Melissa Grant, Esq.
Suzy E. Lee, Esq.
INITIATIVE LEGAL GROUP LLP
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:  (310) 861-9051

KNAPP,
PETERSEN
& CLARKE

-2-

_DECLARATION OF ANDRE E. JARDINI IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES_

1536525.1  08000/00905

## DECLARATION OF ANDRÉ E. JARDINI

I, André E. Jardini, declare as follows:

1.      I am an attorney at law duly licensed to practice before all of the courts in the State of California. I am a Director of the law firm of KNAPP, PETERSEN & CLARKE ("KPC"), co-counsel of record for JENNIFER AUGUSTUS, individually, and on behalf of all similarly situated individuals in this action. The following facts are within my personal knowledge, and if called as a witness, I could and would competently testify thereto.

2.      I have been actively litigating rest break issues against defendant since June 7, 2006, when I filed a case in the United States District Court for the Central District of California titled *Jess Batiz v. American Commercial Security Services (ACSS) et al.*, Case No. 5:06-cv-00566-VAP –OP, which included rest break allegations. Plaintiff Jennifer Augustus moved to intervene into the Batiz case, which was not opposed by the Batiz plaintiffs, and on October 23, 2007, the Batiz court denied the Augustus motion to intervene. On January 17, 2008, I filed a Fourth Amended Complaint in the Batiz case, effectively dismissing the rest break claims in favor of those being pursued in this matter.

3.      I formally associated into this matter by filing a Notice of Association of Counsel on April 16, 2008. I, along with my firm, have appeared on the caption of this matter since that time. On April 18, 2008, a Master Complaint was filed in this matter wherein KPC was listed as co-counsel of record for plaintiff.

4.      KPC has maintained contemporaneous time records throughout the course of this case concerning the amount of time spent by the firm as well as the costs incurred. As a normal course of business, KPC utilizes an electronic timekeeping system (DTE.)

5.      Because KPC has represented plaintiffs in other related actions proceeding on different theories against defendant, I supervised a comprehensive review of KPC's legal fees to ensure that the only time ascribed to this matter is time specifically related to prosecuting rest break claims on behalf of this particular class. A line by line analysis was conducted to ensure the accuracy of the billing entries submitted in this declaration.

KNAPP,
PETERSEN
& CLARKE

-3-

*DECLARATION OF ANDRE E. JARDINI IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES*

1536525.1 08000/00905

6.     The comprehensive review of KPC's billing, which totaled 6,272.6 hours for all cases against defendant, had the effect of excluding 4,813.8 hours not deemed directly related to prosecuting rest break issues on behalf of this class. This amounted to excluding 76.7 % of the time billed to prosecuting wage and hour actions against defendant. For instance, in the *Allan Lacy, Jr. et al vs. American Commercial Security Service*, Case No. SC113733, which involved individual plaintiffs who were members of this class, many deponents were asked questions at deposition related to rest break claims. We conducted a thorough examination of the deposition transcripts and only included time spent at depositions wherein defendant questioned deponents regarding rest break claims.

**KPC's Legal Bills**

7.     Based on my significant experience relating to legal audit matters and our firm's belief that there was a need for such a service in the legal community, in October of 1991, Knapp, Petersen & Clarke established KPC Legal Audit Services, Inc. I am the founder and the President of that company.

8.     KPC Legal Audit Services, Inc. is a *dba* of Knapp, Petersen & Clarke. The company specializes in the review and audit of legal billings and consulting on legal cost containment. KPC Legal Audit has reviewed billing relating to a wide variety of different types of litigation as well as insurance coverage issues, commercial law matters, real estate matters, transactional matters and corporate legal work.

9.     I have testified as an expert witness in more than 50 superior court matters regarding reasonableness of legal fees, both on behalf of the proponent of such fees and on behalf of the opposing party.

10.     My testimony in this declaration is consistent with the principles I routinely apply in offering opinions on the reasonableness of attorneys' fees.

11.     Our review of KPC's billing records herein, to allocate out those services unrelated to this action, was done consistently with principles and practices used in my legal audit practice and experience.

///

KNAPP, PETERSEN & CLARKE

-4-
DECLARATION OF ANDRE E. JARDINI IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

1536525.1 08000/00905

12. The following hours were spent on issues relating to this matter by the identified personnel:

| Name | Hours | Rate | Fees |
|---|---|---|---|
| **Attorneys** | | | |
| JARDINI, A E ('1976) | 302.40 | $753.00 | $227,707.20 |
| HARRIS, S M ('1983) | 2.00 | $753.00 | $1,506.00 |
| GOLDBERG, H M ('2003) | 111.20 | $554.00 | $61,604.80 |
| MYLES, K L (2006) | 152.50 | $383.00 | $58,407.50 |
| **Subtotal** | **568.10** | | **$349,225.50** |
| **Paralegals/Legal Professionals** | | | |
| CORSINI, G N | 197.70 | $170.00 | $33,609.00 |
| ELLERBE-JONES, S | 125.10 | $170.00 | $21,267.00 |
| HOLMEN, K C | 56.00 | $170.00 | $9,520.00 |
| HULL, L A | 84.30 | $170.00 | $14,331.00 |
| MUNOZ, D G | 16.80 | $170.00 | $2,856.00 |
| SCOTT, K L | 41.00 | $170.00 | $6,970.00 |
| THORPE, J | 31.10 | $170.00 | $5,287.00 |
| **Subtotal** | **552.00** | | **$93,840.00** |
| **Legal Assistants (Discovery, Client Contact, Document Management)** | | | |
| ANDREWS, R | 54.40 | $85.00 | $4,624.00 |
| GROSS, T J | 45.40 | $85.00 | $3,859.00 |
| HAGERTY, M A | 58.90 | $85.00 | $5,006.50 |
| MITCHELL, D | 137.60 | $85.00 | $11,696.00 |
| PAGE, K | 41.60 | $85.00 | $3,536.00 |
| **Subtotal** | **337.90** | | **$28,721.50** |
| **Costs (Depositions)** | | | $4,892.80 |
| **Grand** | **1,458.00** | | **$476,679.80** |

## Attorney Billing Rates

13. Attached hereto as exhibit A is the Laffey Matrix publicly available at www.laffeymatrix.com. The fees requested by counsel herein are consistent with the Laffey Matrix, a methodology of calculation and benchmarking for legal fees. For instance, the Laffey Matrix guides that an attorney with 20+ years of experience in this community

-5-

KNAPP, PETERSEN & CLARKE

may reasonably charge $753/hour. As a 35 year attorney specializing in class actions, my requested rate of $753 is reasonable.

**Qualifications of André E. Jardini and Knapp, Petersen & Clarke As Class Counsel**

14. I have practiced law, principally as a litigation attorney, in California, since 1976. I have a bachelor of arts degree from the University of Notre Dame, granted in 1973. I graduated from Hastings College of Law in 1976. I am admitted to practice before the United States District Court for the Central District of California, as well as in the Southern District, Northern District, and Eastern District. I am admitted to practice and have appeared before the Ninth Circuit Court of Appeals.

15. I served as a law clerk to the Honorable Robert Firth of the United States District Court, Central District of California, in 1977 and 1978. My first experience in class action litigation was during that period concerning litigation and settlement of a number of important class actions pending before Judge Firth. I also worked on maritime matters during my clerkship.

16. My experience with class action litigation continued immediately in my first employment after my clerkship. I was one of the handling attorneys in the case of *Sullivan v. State Farm Mutual Automobile Ins. Co.*, pending in Superior Court in San Diego, alleging that my client, State Farm, had systematically defrauded policyholders by insisting upon reimbursement of medical payments by provisions which were inserted, without notice, in later-acquired insurance policies.

17. My work on the *Sullivan* case continued during the initial years of my employment at Knapp, Petersen & Clarke.

18. I have been employed at Knapp, Petersen & Clarke since its inception as a law firm in 1981. My practice consists predominately of trial work. I have tried 55 jury trials to conclusion during my tenure with the firm. I am a member of the American Board of Trial Advocates, a membership which requires substantial trial experience. I have achieved "Advocate" status, which requires the completion of 50 jury trials or the equivalent.

KNAPP,
PETERSEN
& CLARKE

*DECLARATION OF ANDRE E. JARDINI IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES*

1536525.1  08000/00905

19.     I was counsel for the certified plaintiff class of approximately 13,000 current and former employees of Federal Express in the case known as *Foster v. FedEx*, settled in the Superior Court of the State of California for the County of Los Angeles and bearing number BC282300. Fed Ex's courier and service agent employees had been systematically deprived of earned compensation. That action was settled for $30 million. The Hon. Judge Alarcon awarded fees of $9 million, 30% of the total settlement amount, representing approximately a four times multiplier on the lodestar (rate times hours) incurred by Class Counsel.

20.     I am currently counsel for plaintiffs (or have recently settled) a number of other class action proceedings. A property tax reassessment class actions was recently concluded challenging against assessment practices in Los Angeles County. The amount at issue as determined by a KPMG audit paid by the County exceeded $40 million. More than $30 million in claims were made against a class fund. Other class actions have involved matters against Best Buy, Verizon, Federal Express, ABM Security Services, AT&T, CPI, Inc., CVS Pharmacies, RadioShack, Blue Cross, Getronics, Bank of America, Intersections, Inc., Nordstrom and others.

21.     I was recently appointed as class counsel and found to be adequate class counsel in the case of *Kamar v. Radio Shack Corp.*, 254 F.R.D. 387 (C.D. Cal. 2008) aff'd sub nom. *Kamar v. RadioShack Corp.*, 375 F. App'x 734 (9th Cir. 2010).

22.     I was appointed co-lead counsel in the *Verizon Wireless Consolidated Cases*, case no. BC 369372, before the Hon. William Highberger in Los Angeles Superior Court.

23.     A class was certified in *Paige v. CPI, Inc.*, Case No. 2:07-cv-02498-MWF-RC, on July 16, 2012. I am class counsel.

24.     I also successfully settled in wage and hour class actions in *Robertson v. Novastar Mortgage, Inc., and Novastar Home Mortgage, Inc.*, Case No. CV 04-084444 NM (CTx) pending in the United States District Court for the Central District of California.

25.     I recently settled a case on behalf of Indonesian seafarers in *Priyanto v. M/S Amsterdam, et. al.*, Case No. CV 07-03811 AHM (AJWx), providing a generous settlement

KNAPP,
PETERSEN
& CLARKE

-7-

*DECLARATION OF ANDRE E. JARDINI IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES*

1536525.1   08000/00905

to seafarers who suffered impermissible deductions from their wages. Similarly, I settled a case on behalf of Philippine seafarers in *Rafales v M/S EURODAM, et al.*, Case No. CV10-4845 AHM (AJWx) for a similar deduction scheme.

26. Class settlements were approved in the wage and hour class action cases against each of CVS Pharmacies and Getronics in Los Angeles Superior Court.

27. The foregoing are all matters that are personally being handled by myself. Among my partners at the firm, a number of other class action proceedings are currently pending. In recent years, the firm has handled at least 45 class action cases. It is fair to conclude that Knapp, Petersen & Clarke has substantial credible experience in class action litigation in both state and federal courts.

28. I also have substantial experience in employment litigation and wage and hour litigation. Among the 55 cases I have tried to a jury, two involve the appropriate exemption status of an employee, one case for the employer and one case for the employee. Also, I concluded a settlement for our client who was the subject of race discrimination at the hands of a life insurance company for payment of $2,500,000. My most recent jury trial involved a suit for wrongful termination based on retaliation for whistle blowing. In July I tried a case involving the California Labor Code's Day of Rest requirements in U.S. District Court in Santa Ana.

29. As a mid-sized law firm, with a number of attorneys and support staff experienced in employment law, including wage and hour class action cases, Knapp, Petersen & Clarke has been able to commit sufficient resources to appropriately evaluate this matter.

Executed on this 30th day of August, 2012, at Glendale, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
André E. Jardini

-8-
*DECLARATION OF ANDRE E. JARDINI IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES*

1536525.1  08000/00905

KNAPP,
PETERSEN
& CLARKE

# EXHIBIT A

0.0  /

matrix

# LAFFEY MATRIX









| Year | Adjustmt Factor** | Paralegal/ Law Clerk | Years Out of Law School * | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/12- 5/31/13 | 1.0258 | $170 | $312 | $383 | $554 | $625 | $753 |
| 6/01/11- 5/31/12 | 1.0352 | $166 | $305 | $374 | $540 | $609 | $734 |
| 6/01/10- 5/31/11 | 1.0337 | $161 | $294 | $361 | $522 | $589 | $709 |
| 6/01/09- 5/31/10 | 1.0220 | $155 | $285 | $349 | $505 | $569 | $686 |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05- 5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04- 5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03- 6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02- 5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01- 5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00- 5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99- 5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98- 5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97- 5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |
| 6/1/96- 5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |
| 6/1/95- 5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |
| 6/1/94- 5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

matrix

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g., McDowell v. District of Columbia, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4, 2001); Salazar v. Dist. of Col., 123 F.Supp.2d 8 (D.D.C. 2000).

* "Years Out of Law School" is calculated from June 1 of each year, when most law students graduate. "1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from date of graduation (June 1). "4-7" applies to attorneys in their 4th, 5th, 6th and 7th years of practice. An attorney who graduated in May 1996 would be in tier "1-3" from June 1, 1996 until May 31, 1999, would move into tier "4-7" on June 1, 1999, and tier "8-10" on June 1, 2003.

** The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.