# EXHIBIT 6

Electronically FILED by Superior Court of California, County of Los Angeles on 05/14/2019 02:14 PM Sherri R. Carter, Executive Officer/Clerk of Court, by K. Hung,Deputy Clerk

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES, UNLIMITED JURISDICTION**

| | |
|---|---|
| SHEIK MOINUDDIN, an individual,<br><br>            Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, DEPARTMENT OF TRANSPORTATION, a public entity; and DOES 1-30, inclusive,<br><br>            Defendants. | CASE NO. BC656161<br><br>**DECLARATION OF RICHARD PEARL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES**<br><br>Date:          June 6, 2019<br>Time:          8:30 a.m.<br>Department:   30<br>Judge:         Hon. Barbara M. Scheper |

1

DECLARATION OF RICHARD PEARL IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

## DECLARATION OF RICHARD M. PEARL

1.      I am a member in good standing of the California State Bar. I am in private practice as the principal of my own law firm, the Law Offices of Richard M. Pearl, in Berkeley, California. I specialize in issues related to court-awarded attorneys' fees, including the representation of parties in fee litigation and appeals, serving as an expert witness, and serving as a mediator and arbitrator in disputes concerning attorneys' fees and related issues. In this case, I have been asked by Rob Hennig of Hennig, Ruiz & Singh, P.C., Plaintiff's lead attorney, to  render my opinion on the reasonableness of the hourly rates his office is requesting in this matter.

2.      I make this Declaration in Support of the Plaintiff's Motion for Award of Attorneys' Fees and Costs. To form my opinions, I have reviewed materials that describe the history of this matter, the qualifications and experience of Plaintiff's attorneys, the nature of the work required by this case, and the hourly rates requested.

### My Background and Experience

3.      Briefly summarized, my background is as follows: I am a 1969 graduate of Boalt Hall (now Berkeley) School of Law, University of California, Berkeley, California. I took the California Bar Examination in August 1969 and passed it in November of that year, but because I was working as an attorney in Atlanta, Georgia for the Legal Aid Society of Atlanta (LASA), I was not admitted to the California Bar until January 1970. I worked for LASA until the summer of 1971, then went to work in California's Central Valley for California Rural Legal Assistance, Inc. (CRLA), a statewide legal services program. From 1977 to 1982, I was CRLA's Director of Litigation, supervising more than fifty attorneys. In 1982, I went into private practice, first in a small law firm, then as a sole practitioner. Martindale Hubbell rates my law firm "AV." I also have been selected as a Northern California "Super Lawyer" in Appellate Law for 2005, 2006, 2007, 2008, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, and 2019. A true and correct copy of my Resume is attached as Exhibit A.

4.      Since 1982, my practice has been a general civil litigation and appellate practice, with an emphasis on cases and appeals involving court-awarded attorneys' fees. I have lectured and written extensively on court-awarded attorneys' fees. I have been a member of the California State Bar's Attorneys' Fees Task Force and have testified before the State Bar Board of Governors and the

4811-2345-5847.1

1

DECLARATION OF RICHARD M. PEARL

California Legislature on attorneys' fee issues. I am the author of California Attorney Fee Awards (3d ed Cal. CEB 2010) and its 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, and March 2019 Supplements. I also was the author of California Attorney Fee Awards, 2d Ed. (Calif Cont. Ed. of Bar 1994), and its 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 Supplements. This treatise has been cited by the California appellate courts on more than 35 occasions. *See, e.g., Graham v. DaimlerChrylser Corp.*, 34 Cal.4th 553, 576, 584 (2004); *Lolley v. Campbell*, 28 Cal.4th 367, 373 (2002); *Equilon Enters. v. Consumer Cause, Inc.*, 29 Cal.4th 53, 62 (2002); *In re Conservatorship of Whitley,* 50 Cal.4th 1206, 1214-15, 1217 (2010); *Chodos v. Borman,* 227 Cal.App.4th 76, 100 fn. 12 (2014); *Chacon v. Litke,* 181 Cal.App.4th 1234, 1259 (2010); *Syers Properties Ill, Inc. v. Rankin,* 226 Cal.App.4th 691, 698, 700 (2014). Federal courts also have cited it. *See In re Hurtado*, Case No. 09-16160-A-13, 2015 WL 6941127 (E.D. Cal. Nov. 6, 2015); *TruGreen Companies LLC v. Mower Brothers, Inc.,* 953 F. Supp. 2d 1223, 1236 nn.50, 51 (D. Utah 2013). I also authored the 1984, 1985, 1987, 1988, 1990, 1991, 1992, and 1993 Supplements to its predecessor, CEB's California Attorney's Fees Award Practice. In addition, I authored a federal manual on attorneys' fees entitled "Attorneys' Fees: A Legal Services Practice Manual," published by the Legal Services Corporation. I also co-authored the chapter on "Attorney Fees" in Volume 2 of CEB's Wrongful Employment Termination Practice, 2d Ed. (1997).

5. More than 95% of my practice is devoted to issues involving court-awarded attorney's fees. I have been counsel in over 200 attorneys' fee applications in state and federal courts, primarily representing other attorneys. I also have briefed and argued more than 40 appeals, at least 30 of which have involved attorneys' fees issues. I have successfully handled five cases in the California Supreme Court involving court-awarded attorneys' fees: (1) *Maria P. v. Riles*, 43 Cal. 3d 1281 (1987), which upheld a C.C.P. section 1021.5 fee award based on a preliminary injunction obtained against the State Superintendent of Education, despite the fact that the case ultimately was dismissed under C.C.P. section 583; (2) *Delaney v. Baker*, 20 Cal. 4th 23 (1999), which held that heightened remedies, including attorneys' fees, are available in suits against nursing homes under California's Elder Abuse Act; (3) *Ketchum v. Moses*, 24 Cal. 4th 1122 (2001), which held, *inter alia,* that contingent risk multipliers remain available under California attorney fee law, despite the United States Supreme Court's contrary

ruling on federal law (note that in *Ketchum,* I was primary appellate counsel in the Court of Appeal and "second chair" in the Supreme Court); (4) *Flannery v. Prentice,* 26 Cal. 4th 572 (2001), which held, again despite an adverse United States Supreme Court ruling on federal law, that in the absence of an agreement to the contrary, statutory attorneys' fees belong to the attorney whose services they are based upon; and (5) *Graham v. DaimlerChrysler Corp.,* 34 Cal. 4th 553 (2004), which held, *inter alia,* that the catalyst theory of fee recovery remained valid under California law despite adverse federal law and that lodestar multipliers could be applied to fee motion work. In that case, I represented trial counsel in both the Court of Appeal (twice) and Supreme Court, as well as on remand in the trial court. I also represented and argued on behalf of *amicus curiae* in *Conservatorship of McQueen,* 59 Cal. 4th 602 (2014), which held that statutory attorneys' fees for appellate work were not considered "enforcement fees" subject to California's Enforcement of Judgments law; I presented the argument relied upon by the Court. Along with Richard Rothschild of the Western Center on Law and Poverty, I also prepared and filed an *amicus curiae* brief in *Vasquez v. State of California,* 45 Cal.4th 243 (2009). I also have handled numerous other appeals, including: *Davis v. City & County of San Francisco,* 976 F.2d 1536 (9th Cir. 1992); *Mangold v. CPUC,* 67 F.3d 1470 (9th Cir. 1995); *Velez v. Wynne,* 2007 U.S. App. LEXIS 2194 (9th Cir. 2007); *Camacho v. Bridgeport Financial, Inc.,* 523 F.3d 973 (9th Cir. 2008); *Center for Biological Diversity v. County of San Bernardino,* 185 Cal.App.4th 866 (2010); and *Environmental Protection Information Center v. California Dept. of Forestry & Fire Protection et al,* 190 Cal.App.4th 217 (2010); and *Heron Bay Home Owners Association v. City of San Leandro,* 19 Cal. App. 5th 376 (2018). For an expanded list of my reported decisions, *see* Exhibit A.

6. I have been retained by various governmental entities, including the California Attorney General's office, at my then current rates to consult with them regarding their affirmative attorney fee claims.

7. I am frequently called upon to opine about the reasonableness of attorneys' fees, and numerous state and federal courts have relied on my testimony on those issues.

8. The following California appellate cases have referenced my testimony favorably:

- *Kerkeles v. City of San Jose,* 243 Cal.App.4th 88 (2015);

DECLARATION OF RICHARD M. PEARL

- *Habitat and Watershed Caretakers v. City of Santa Cruz,* 2015 Cal. App. Unpub. LEXIS 7156 (2015);

- *Laffitte v. Robert Half Int'l Inc.,* 231 Cal.App.4th 860 (2014), *aff'd* (2016) 1 Cal.5th 480;

- *In re Tobacco Cases I,* 216 Cal.App.4th 570 (2013);

- *Heritage Pacific Financial, LLC v. Monroy,* 215 Cal.App.4th 972 (2013);

- *Wilkinson v. South City Ford,* 2010 Cal. App. Unpub. LEXIS 8680 (2010);

- *Children's Hospital & Medical Center v. Bonta,* 97 Cal.App.4th 740 (2002);

- *Church of Scientology v. Wollersheim,* 42 Cal.App.4th 628 (1996).

9. The following federal cases also have referenced my testimony favorably:

- *Ridgeway v. Wal-Mart Stores, Inc.,* 269 F. Supp. 3d 975 (N.D. Cal. 2017);

- *Antoninetti v. Chipotle Mexican Grill, Inc.,* No. 08-55867 (9th Cir. 2012), Order filed Dec. 26, 2012, at 6;

- *Prison Legal News v. Schwarzenegger,* 608 F.3d 446, 455 (9th Cir. 2010) (the expert declaration referred to is mine);

- *Notter v. City of Pleasant Hill,* 2017 U.S.Dist.LEXIS 197404, 2017 WL 5972698 (N.D. Cal. 2017);

- *Villalpondo v. Exel Direct, Inc.,* 2016 WL 1598663 (N.D. Cal. 2016);

- *State Compensation Insurance Fund v. Khan et al,* Case No. SACV 12-01072-CJC (JCGx) (C.D. Cal.), Order Granting in Part and Denying in Part the Zaks Defendants' Motion for Attorneys' Fees, filed July 6, 2016 (Dkt. No. 408);

- *In re Cathode Ray Tube Antitrust Litig.,* Master File No. 3:07-cv-5944 JST, MDL No. 1917 (N.D. Cal. 2016) 2016 U.S.Dist.LEXIS 24951 (Report And Recommendation Of Special Master Re Motions (1) To Approve Indirect Purchaser Plaintiffs' Settlements With the Phillips, Panasonic, Hitachi, Toshiba, Samsung SDI, Technicolor, And Technologies Displays Americas Defendants, and (2) For Award Of Attorneys' Fees, Reimbursement Of Litigation Expenses, And Incentive Awards To Class Representative,

4

DECLARATION OF RICHARD M. PEARL

Dkt. 4351, dated January 28, 2016, *adopted in relevant part,* 2016 U.S.Dist.LEXIS 88665;

- *Gutierrez v. Wells Fargo Bank,* 2015 U.S. Dist. LEXIS 67298 (N.D. Cal. 2015);

- *Holman v. Experian Information Solutions, Inc.,* 2014 U.S. Dist. LEXIS 173698 13 (N.D. Cal. 2014);

- *In re TFT-LCD (Flat Panel) Antitrust Litig.,* No. M 07-1827 SI, MDL No. 1827 (N.D. Cal.), Report and Recommendation of Special Master Re Motions for Attorneys' Fees and Other Amounts by Indirect-Purchaser Class Plaintiffs And State Attorneys General, Dkt. 7127, filed Nov. 9, 2012, adopted in relevant part, 2013 U.S. Dist. LEXIS 49885 (N.D. Cal. 2013) (*"TFT-LCD (Flat Panel)* Report & Recommendation");

- *Walsh v. Kindred Healthcare,* 2013 U.S. Dist. LEXIS 176319 (N.D. Cal. 2013);

- *A.D. v. California Highway Patrol,* 2009 U.S. Dist. LEXIS 110743, at *4 (N.D. Cal. 2009), rev'd on other grounds, 712 F.3d 446 (9th Cir. 2013), reaffirmed and additional fees awarded on remand, 2013 U.S. Dist. LEXIS 169275 (N.D. Cal. 2013);

- *Hajro v. United States Citizenship & Immigration Service,* 900 F. Supp. 2d 1034, 1054 (N.D. Cal 2012);

- *Garcia v. Resurgent Capital Servs.,* 2012 U.S.Dist.LEXIS 123889 (N.D. Cal. 2012);

- *Rosenfeld v. United States Dep't of Justice,* 904 F. Supp. 2d 988, 1002 (N.D. Cal. 2012);

- *Stonebrae, L.P. v. Toll Bros., Inc.,* 2011 U.S. Dist. LEXIS 39832, at *9 (N.D. Cal. 2011) (thorough discussion), aff'd 2013 U.S. App. LEXIS 6369 (9th Cir. 2013);

- *Armstrong v. Brown,* 2011 U.S. Dist. LEXIS 87428 (N.D. Cal. 2011);

- *Lira v. Cate,* 2010 WL 727979 (N.D. Cal. 2010);

- *Californians for Disability Rights, Inc. v. California Dep't of Transportation,* 2010 U.S. Dist. LEXIS 141030 (N.D. Cal. 2010);

- *Nat'l Federation of the Blind v. Target Corp.,* 2009 U.S. Dist. LEXIS 67139 (N.D. Cal. 2009);

- *Prison Legal News v. Schwarzenegger,* 561 F.Supp.2d 1095 (N.D. Cal. 2008) (an earlier motion);

5

DECLARATION OF RICHARD M. PEARL

- *Bancroft v. Trizechahn Corp.*, No. CV 02-2373 SVW (FMOx), Order Granting Plaintiffs Reasonable Attorneys' Fees and Costs In the Amount of $168,886.76, Dkt. 278 (C.D. Cal. Aug. 14, 2006);

- *Willoughby v. DT Credit Corp.*, No. CV 05-05907 MMM (CWx), Order Awarding Attorneys' Fees After Remand, Dkt. 65 (C.D. Cal. July 17, 2006);

- *Oberfelder v. City of Petaluma*, 2002 U.S. Dist. LEXIS 8635 (N.D. Cal. 2002), aff'd 2003 U.S. App. LEXIS 11371 (9th Cir. 2003).

10.     In addition, countless trial courts and arbitrators have relied on my testimony, including several fee awards in the Los Angeles area. In particular, I testified before a jury as Beats/Apple's expert on attorneys' fees in *Monster, LLC, et al., v. Beats Electronics, LLC et al.*, Los Angeles Superior Court Case No. BC595235  (2017), a commercial dispute, in which, based in part on my live testimony, a jury awarded Beats the entire $11,578,265.49 attorneys' fees and expenses claimed for work on the merits.

<u>Counsel's Requested Hourly Rates Are Reasonable</u>

11.     Through my writing and practice, I have become familiar with the non-contingent market rates charged by attorneys in California and elsewhere.  I have obtained this familiarity in several ways: (1) by handling attorneys' fee litigation; (2) by discussing fees with other attorneys; (3) by obtaining declarations regarding prevailing market rates in cases in which I represent attorneys seeking fees; and (4) by reviewing attorneys' fee applications and awards in other cases, as well as surveys and articles on attorney's fees in the legal newspapers and treatises.

12.     In this case, I have consulted with Mr. Hennig regarding his fee application for his firm's work in this matter.  As noted, I have become familiar with the nature of this case, its results, and counsel's work, as well as with the rates requested by Plaintiff's attorneys and their respective backgrounds and experience.  In particular, I am aware that Plaintiff's counsel request 2019 market-based rates as follows:

| BILLER | LAW SCHOOL GRADUATION | RATE |
|---|---|---|
| Rob Hennig | 1994 | $945 |
| Brandon Ruiz | 2009 | $720 |

DECLARATION OF RICHARD M. PEARL

| | | |
|---|---|---|
| Sereena J. Singh | 2010 | $680 |
| Sam Brown | 2015 | $550 |
| Shoshee Hui | 2016 | $485 |

13.     Under California law, Plaintiff's attorneys are entitled to their requested rates if those rates are "within the range of reasonable rates charged by and judicially awarded comparable attorneys for comparable work" in the applicable community. *Children's Hosp. & Med. Ctr. v. Bonta,* 97 Cal.App.4th 740, 783 (2002).  Based on the information regarding hourly rates that I have gathered, some of which is summarized below, I am of the opinion that the hourly rates requested by Plaintiff's attorneys here are well within the range of non-contingent market rates charged for reasonably similar services by Los Angeles Area attorneys of reasonably similar qualifications and experience.  The following data support my opinion:

## Rates Found Reasonable in Other Cases

14.     The hourly rates requested by Plaintiff's attorneys are well within the range of the Los Angeles area rates found reasonable by various local courts for reasonably comparable services, as follows:

• In *Monster, LLC, et al., v. Beats Electronics, LLC et al.,* Los Angeles Superior Court Case No. BC595235 (2017),  Order Granting Defendant and Cross-Complainant Beats Electronics, LLC's Motion for Attorneys' Fees and Costs, filed June 27, 2018, a commercial dispute, the court found the following  hourly rates reasonable for Beats' attorneys' work on the successful jury trial that determined the amount of reasonable attorneys' fees Monster would be required to pay as damages:

| Boies, Schiller & Flexner | Bar Admittance or Law School Graduation | 2016/2017 Rates |
|---|---|---|
| Partners: | 1986 | $960/$1,049 |
| | 2006 | $920/$972 |
| | 2000 | $880 |
| | 2001 | $880 |
| | 2002 | $830 |
| | 1999 | $830 |
| | 2004 | $740 (2015); $760 (2016) |
| | 2006 | $680 |
| | 2007 | $650/$714 |
| | 2009 | $600/$800 |
| Associates: | 2004 | $680 |
| | 2009 | $610 |

7

DECLARATION OF RICHARD M. PEARL

| Boies, Schiller & Flexner | Bar Admittance or Law School Graduation | 2016/2017 Rates |
|---|---|---|
| | 2013 | $460/$533 |
| | 2013 | $490 |
| | 2010 | $630 |
| | 2011 | $480/$602 |
| | 2014-2015 | $420 |
| Non-Attorneys Timekeepers: | | $190-284 |

| Gibson Dunn & Crutcher | Bar Admittance or Law School Graduation | 2017 Rates |
|---|---|---|
| | 1987 | $852 (through Aug. 2017) $956 (from Sept. 2017) |
| | 2008 | $592 (through Aug. 2017) $696 (from Sept. 2017) |
| | 2013 | $404 (through Aug. 2017) $600 (from Sept. 2017) |
| | 2015 | $520 |
| | 2016 | $472 |
| | 1997 | $960 |
| | 2006 | $736 |
| | 1987 | $944 |
| Non-Attorneys Timekeepers: | | $216-$335 |

- In *Nozzi v. Housing Authority,* 2018 U.S.Dist.LEXIS 26049 (C.D. Cal. 2018), a tenant class action, the court approved the following hourly rates as reasonable:

| Kaye McLane Bednarski & Litt | Bar Admittance or Law School Graduation | 2017 Rates |
|---|---|---|
| | 1969 | $1,150 |
| | 1992 | $750 |
| | 1993 | $765 |
| | 2008 | $730 |
| | Sr. Paralegal | $335 |
| | Jr. Paralegal | $150 |
| | Law Clerk | $200 |

- In *Garzo v. Metro Services* (Nov. 7, 2017; BC618119) 2017 WL 7058194, at *4, this Court awarded $125,000 in attorneys' fees, based on 33% of the gross settlement amount, which was supported by a lodestar as follows:

| Bar Admission Year | 2017 Rate |
|---|---|
| 1992 | $850 |
| 2009 | $575 |
| 2012 | $450 |

- In *Monster, LLC, et al., v. Beats Electronics, LLC et al.,* Los Angeles Superior Court Case No. BC595235 (2017), the same commercial dispute listed above, the court found the following

8

DECLARATION OF RICHARD M. PEARL

2017 rates to be reasonable for Beats's co-defendants who had obtained relief by summary judgment (see Order Granting Motions for Attorneys' Fees, filed October 12, 2017, p. 2):

| | Bar Admittance or Law School Graduation | 2016 Rates (unless otherwise noted) |
|---|---|---|
| Partners: | 1966 | 1,245 |
| | 1981 | $910 |
| | 1985 | $995 |
| | 1992 | $875-885 |
| | 1995 | $910 |
| | 2002 | $750 |
| Of Counsel: | 1976 | $705 |
| Associates: | 2009 | $660 |
| Non-Attorneys Timekeepers: | | $380-90 |
| | | 2015 Rates |
| | 1966 | $1,000 |
| | 1977 | $1,100 |
| | 2009 | $615 |

• In *The Kennedy Commission v. City of Huntington Beach*, Los Angeles County Superior Court No. 30-2015-00801675, Order Granting Petitioners' Motion for Attorneys' Fees Pursuant to California Code of Civil Procedure § 1021.5, filed July 13, 2016, a writ of mandate action challenging a land use amendment adopted by the City of Huntington Beach, the court found the following hourly rates reasonable for the Plaintiffs' private *pro bono* law firm (prior to application of a 1.4 multiplier)[1]:

| 2016 Rates: | Bar Admission Year | Rates |
|---|---|---|
| | 2001 | $900 |
| | 2014 | $450 |
| 2015 Rates: | Bar Admission Year | Rates |
| | 2001 | $875 |
| | 2014 | $400 |

• In *State Compensation Insurance Fund v. Khan et al*, Case No. SACV 12-01072-CJC(JCGx) (C.D. Cal.), Order Granting in Part and Denying in Part the Zaks Defendants' Motion for Attorneys' Fees, filed July 6, 2016 (Dkt. No. 408), a multi-defendant RICO action, the court found the following hourly rates reasonable:

---

[1] The *Kennedy Commission* fee award was remanded in conjunction with the reversal of the merits. 2017 Cal.App.Unpub.Lexis 7488 (2017).

DECLARATION OF RICHARD M. PEARL

| Years of Experience | Rates |
|---|---|
| 22 | $890 |
| 20 | $840 |
| 5 | $670 |
| 4 | $560 |
| Paralegals | $325-340 |
| Case Assistants | $220-230 |
| Docket Clerk | $230 |

• In *ScripsAmerica, Inc. Ironridge Global LLC et al,* Case No. CV 14-03962-SJO (AGRx) (C.D. Cal.), Order Granting Defendant Ironridge GlobalLLC, John Kirkland, Brendan O'Neill's Motion for Attorney's Fees, filed January 12, 2016 (Dkt. No. 50), a contract dispute, the court found the following 2015 hourly rates reasonable:

| Years of Experience | Rates |
|---|---|
| 37 | $950 |
| 11 | $700 |
| 4 | $450 |
| Paralegals | $200-350 |

• In *Perfect 10, Inc. v. Giganews, Inc.,* 2015 U.S. Dist. LEXIS 54063 (C.D. Cal. 2015), filed March 24, 2015, *affirmed* 847 F.3d 657 (9th Cir. 2017), a copyright infringement action, the court found the following 2015 hourly rates reasonable:

| Years of Experience | 2015 Rate |
|---|---|
| 29 | $825-930 |
| 18 | $750 |
| 17 | $705-750 |
| 12 | $610-640 |
| 11 | $660-690 |
| 10 | 670 |
| 9 | 660-690 |
| 8 | 470-525 |
| 7 | 640 |
| 5 | 375-560 |
| 4 | 350-410 |
| 3 | 505 |
| 2 | 450 |
| 1 | 360-370 |
| Paralegals | 240-345 |
| Discovery Support Staff | 245-290 |

10

DECLARATION OF RICHARD M. PEARL

• In *Rodriguez v. County of Los Angeles,* 96 F.Supp.3d 990 (C.D. Cal. 2014), Order Granting Plaintiffs' Motion for Attorneys' Fees, filed December 29, 2014, *affirmed* 891 F.3d 779 (9th Cir. May 30, 2018), a civil rights action on behalf of five county jail prisoners, the district court found the following hourly rates reasonable, plus a 2.0 lodestar multiplier for merits work performed on the plaintiffs' California cause of action; the entire award was affirmed on appeal:

| Years of Experience | Rate |
|---|---|
| 45 | $975 |
| 28 | 700-775 |
| 26 | 775 |
| 10 | 600 |
| 6 | 500 |
| Senior Paralegal | 295 |
| Other Paralegals | 175-235 |
| Law Clerk | 250 |

• In *Doe v. United Healthcare Insurance Co., et al.,* No. SACV13-0864 DOC(JPRx) (C.D. Cal.), Order Granting Attorney's Fees and Costs, filed October 15, 2014, a multi-Plaintiff consumer action, the court found the following hourly rates reasonable:

**Whatley Kallas**

| Years of Experience | Rate |
|---|---|
| 36 | $950 |
| 27 | 900 |
| 32 | 800 |
| 33 | 750 |
| 21 | 700 |
| 10 | 600 |
| 4 | 400 |
| 2 | 375 |
| Paralegal | 225 |

**Consumer Watchdog**

| Years of Experience | Rate |
|---|---|
| 35 | $925 |
| 19 | 650 |
| 4 | 425 |

• In *Pierce v. County of Orange,* 905 F. Supp. 2d 1017 (C.D. Cal. 2012), a civil rights class action brought by pre-trial detainees, the court approved a lodestar based on the following 2011 rates:

11

DECLARATION OF RICHARD M. PEARL

| Years of Experience | Rate |
|---|---|
| 42 | $850 |
| 32 | 825 |
| 23 | 625 |
| 18 | 625 |
| Law Clerks | 250 |
| Paralegals | 250 |

## Hourly Rates Charged by Other Law Firms

15.    Plaintiff's requested rates also are well within the range of the standard hourly non-contingent rates for comparable civil litigation stated in court filings, depositions, surveys, or other reliable sources by numerous California law firms that have offices in or regularly practice in the Los Angeles area.[2] These rates include, in alphabetical order:

### Altshuler Berzon LLP

| 2018 Rates | Graduation Year | Rate |
|---|---|---|
| | 1968-1983 | $940 |
| | 1985 | 920 |
| | 1989 | 900 |
| | 1991 | 885 |
| | 1992 | 875 |
| | 1994 | 835 |
| | 1998 | 795 |
| | 2000 | 740 |
| | 2001 | 725 |
| | 2008 | 540 |
| | 2009 | 515 |
| | 2010 | 485 |
| | 2012 | 435 |
| | 2013 | 415 |
| | 2014 | 390 |
| | 2015 | 365 |
| | Law Clerks | 285 |
| | Paralegals | 250 |
| 2017 Rates: | Years of Experience/Level | Rates |
| | Senior Partners | $930 |
| | Junior Partners (1991-2001) | $875-690 |
| | Associates (2008-2013) | $510-365 |
| | Paralegals | $250 |
| 2015 Rates: | Years of Experience/Level | Rates |
| | 32 | $895 |

[2] Although some of these firms are based in Northern California, these firms regularly practice in the Los Angeles area, and the fact is that hourly rates charged in the Los Angeles area are generally higher than Northern California rates. Accordingly, if rates are reasonable by Northern California standards, they also are reasonable as Los Angeles area rates.

12

DECLARATION OF RICHARD M. PEARL

| | Junior Partners | $825-630 |
| | Associates | $450-340 |
| | Paralegals | $250 |
| **2014 Rates:** | **Years of Experience** | **Rates** |
| | 38 | $895 |
| | Paralegals | $215 |

**Arnold Porter LLP**

| **2015 Rates:** | **Level** | **Rates** |
| --- | --- | --- |
| | Partners | Up to $1,085 |
| | Associates | Up to $710 |
| **2014 Rates:** | **Years of Experience** | **Rates** |
| | 49 | $995 |
| | 45 | $720 |
| | 39 | $655 |
| **2013 Rates:** | **Level** | **Rates** |
| | Average Partner | $815 |
| | Highest Partner | $950 |
| | Lowest Partner | $670 |
| | Average Associate | $500 |
| | Highest Associate | $610 |
| | Lowest Associate | $345 |

**The Arns Law Firm LLP**

| **2014 Rates:** | **Years of Experience** | **Rates** |
| --- | --- | --- |
| | 37 | $950 |
| | Law Clerks | $165 |

**Cooley LLP**

| **2017 Rates:** | **Years of Experience** | **Rates** |
| --- | --- | --- |
| | 22 | $905 |
| **2014 Rates:** | **Years of Experience** | **Rates** |
| | 31 | $1,095 |
| | 17 | $770 |
| | 9 | $685 |
| **2013 Rates:** | **Years of Experience** | **Rates** |
| | 30 | $1,035 |
| | 16 | $710 |
| | 8 | $645 |

**Covington & Burling**

| **2015 Rates:** | **Years of Experience** | **Rates** |
| --- | --- | --- |
| | 30 | $805 |
| | 2 | $410 |
| **2014 Rates:** | **Level** | **Rates** |
| | Average Partner | $780 |
| | Highest Partner | $890 |
| | Lowest Partner | $605 |
| | Average Associate | $415 |

DECLARATION OF RICHARD M. PEARL

| | | |
|---|---|---|
| | Highest Associate | $565 |
| | Lowest Associate | $320 |
| **2013 Rates:** | **Years of Experience** | **Rates** |
| | 28 | $750 |
| | 16 | $670 |
| | 14 | $670 |
| | 7 | $510 |
| | 2 | $375 |
| | 5 | $490 |
| | Litigation Support | $110-355 |

## Duane Morris LLP

| | | |
|---|---|---|
| **2018 Rates:** | **Bar Admission Year** | **Rates** |
| | 1973 | $1,005 |
| | 2008 | $605 |
| | 2011 | $450 |
| | 2017 | $355 |
| | Sr. Paralegal | $395 |
| **2016 Rates:** | **Years of Experience** | **Rates** |
| | 43 | $880 |
| | 41 | $880 |
| | 26 | $720 |
| | 25 | $695 |

## Fenwick & West

| | | |
|---|---|---|
| **2014 Rates:** | **Years of Experience/Level** | **Rates** |
| | 29 | $825-930 |
| | 17-18 | $715-750 |
| | 9-11 | $660-690 |
| | 5 | $375-560 |
| | 3 | $505 |
| | Paralegal | $240-345 |
| | Staff Support | $290 |
| **2013 Rates:** | **Years of Experience** | **Rates** |
| | 18 | $755 |
| | 11 | $595 |
| | 2 | $425 |
| **2012 Rates:** | **Years of Experience** | **Rates** |
| | 40 | $865 |
| | 17 | $755 |
| | 10 | $595 |

## Hadsell, Stormer, Richardson & Renick

| | | |
|---|---|---|
| **2015 Rates:** | **Years of Experience/Level** | **Rates** |
| | 42 | $1,050 |
| | 20 | $750 |
| | 26 | $700 |
| | 16 | $650 |
| | 13 | $600 |

14

DECLARATION OF RICHARD M. PEARL

|  |  | 5 | $425 |
|  |  | 4 | $375 |
|  |  | Law Clerks | $225 |
|  |  | Paralegals | $175-250 |
| **2012 Rates:** |  | **Years of Experience** | **Rates** |
|  |  | 38 | $825 |
|  |  | 33 | $775 |
|  |  | 22-23 | $625 |
|  |  | 17 | $600 |
|  |  | 12 | $525 |
|  |  | 10 | $425 |
|  |  | 4 | $275 |
|  |  | 3 | $250 |

## Hausfeld LLP

| **2014 Rates:** | **Years of Experience** | **Rates** |
|---|---|---|
|  | 45 | $985 |
|  | 37 | $935-895 |
|  | 15 | $610-510 |
|  | 14 | $600 |
|  | 7 | $490 |
|  | 3 | $370 |
|  | Paralegals | $300-320 |
|  | Law Clerks | $325 |

## Irell & Manella

| **2013 Rates:** | **Level** | **Rates** |
|---|---|---|
|  | Average Partner | $890 |
|  | Highest Partner | $975 |
|  | Lowest Partner | $800 |
|  | Average Associate | $535 |
|  | Highest Associate | $750 |
|  | Lowest Associate | $395 |

## Jones Day

| **2016 Rates:** | **Bar Admission Year** | **Rates** |
|---|---|---|
|  | 2001 | $900 |
|  | 2014 | $450 |
| **2015 Rates:** | **Bar Admission Year** | **Rates** |
|  | 2001 | $875 |
|  | 2014 | $400 |

## Kaye, McLane, Bednarski & Litt

| **2017 Rates:** | **Graduation Year:** | **Rates** |
|---|---|---|
|  | 1969 | $1,150 |
|  | 1992 | $750 |
|  | 1993 | $765 |
|  | 2008 | $730 |

15

DECLARATION OF RICHARD M. PEARL

| | | |
|---|---|---|
| | Sr. Paralegal | $335 |
| | Jr. Paralegal | $150 |
| | Law Clerk | $200 |
| **2014 Rates:** | **Years of Experience** | **Rates** |
| | 45 | $975 |
| | 28 | $700-775 |
| | 26 | $775 |
| | 10 | $600 |
| | 6 | $500 |
| | Senior Paralegal | $295 |
| | Other Paralegal | $175-235 |
| | Law Clerk | $250 |

## Kirkland & Ellis

| **2017 Rates:** | **Years of Experience** | **Rates** |
|---|---|---|
| | 20 | $1,165 |
| | 9 | $995 |
| | 8 | $965 |
| | 5 | $845 |
| | 4 | $845 |
| | 3 | $810 |
| | 2 | $555 |

## Latham & Watkins

| **2016 Rates:** | | |
|---|---|---|
| | Average Partner | $1,185.83 |
| | Highest Partner | $1,595 |
| | Lowest Partner | $915 |
| | Average Associate | $754.62 |
| | Highest Associate | $1,205 |
| | Lowest Associate | $395 |

## Milbank, Tweed, Handley & McCloy LLP

| **2016 Rates:** | **Bar Admission Date** | **Rates** |
|---|---|---|
| | 1983 | $1,025 |
| | 1984 | $1,350 |
| | 1992 | $1,350 |
| | 2002 (associate) | $915 |

## Morrison Foerster LLP

| **2018 Rates:** | **Years of Practice** | **Rates** |
|---|---|---|
| | 40 | $1,050 |
| | 22 | $950 |
| | 11 | $875 |
| | 3 | $550 |
| | Paralegal | $325 |
| **2017 Rates:** | **Bar Admission Date:** | **Rates** |
| | 2007 | $608 |
| | 2012 | $575 |

16

DECLARATION OF RICHARD M. PEARL

| 2016 Rates: | Bar Admission Date | Rates |
|---|---|---|
| | 1975 | $1,025 |
| | 1999 | $975 |
| | 1993 | $975 |
| 2013 Rates: | Level | Rates |
| | Average Partner | $865 |
| | Highest Partner | $1,195 |
| | Lowest Partner | $595 |
| | Average Associate | $525 |
| | Highest Associate | $725 |
| | Lowest Associate | $230 |

## Munger, Tolls & Olson

| 2016 Rates: | Bar Admittance or Law School Graduation | Rates |
|---|---|---|
| Partners: | 1966 | $1,245 |
| | 1981 | $910 |
| | 1985 | $995 |
| | 1992 | $875-885 |
| | 1995 | $910 |
| | 2002 | $750 |
| Of Counsel: | 1976 | $705 |
| Associates: | 2009 | $660 |
| Non-Attorneys Timekeepers: | | $380-90 |
| 2015 Rates: | Bar Admission or Law School Graduation | Rates: |
| | 1966 | $1,000 |
| | 1977 | $1,100 |
| | 2009 | $615 |

## O'Melveny & Myers

| 2019 Rates: | Level | |
|---|---|---|
| | Senior Partner | $1,250 |
| | Partner | $1,050 |
| | 3rd Year Associate | $640 |
| | 2nd Year Associate | $565 |
| 2016 Rates: | Bar Admission Date | Rates |
| | 1985 | $1,175 |
| | 2004 | $895 |
| | 2005 | $780 |
| | 2007 | $775 |
| | 2010 | $725 |
| | 2011 | $700 |
| | 2012 | $655 |
| | 2013 | $585 |
| | 2014 | $515 |
| | 2015 | $435 |
| 2013 Rates: | Level | Rates |

17

DECLARATION OF RICHARD M. PEARL

|  | Average Partner | $715 |
|---|---|---|
|  | Highest Partner | $950 |
|  | Lowest Partner | $615 |

## Orrick Herrington & Sutcliffe

| 2014 Rates: | Level | Rates |
|---|---|---|
|  | Average Partner | $845 |
|  | Highest Partner | $1,095 |
|  | Lowest Partner | $715 |
|  | Average Associate | $560 |
|  | Highest Associate | $710 |
|  | Lowest Associate | $375 |

## Paul Hastings LLP

| 2016 Rates: | Bar Admission Date | Rates |
|---|---|---|
|  | 1973 | $1,175 |
|  | 1997 | $895 |
|  | 1990 | $750 |
| 2014 Rates: | Level | Rates |
|  | Average Partner | $815 |
|  | Highest Partner | $900 |
|  | Lowest Partner | $750 |
|  | Average Associate | $540 |
|  | Highest Associate | $755 |
|  | Lowest Associate | $350 |

## Pearson Simon & Warshaw LLP

| 2019 Rates: | Years of Experience | Rates |
|---|---|---|
|  | 23-38 | $1,150 |
|  | 10 | $900 |
|  | Of Counsel | $825 |
|  | 6 | $500 |
|  | 4 | $450 |
|  | Paralegals | $225 |
| 2018 Rates: |  |  |
|  | 22-37 | $1,050 |
|  | 9 | $650 |
|  | Of Counsel | $725 |
|  | 5 | $450 |
|  | 3 | $400 |
| 2017 Rates: | 35-36 | $1,035 |
|  | 8 | $520 |
|  | 4 | $400 |
|  | 2 | $350 |

## Proskauer Rose LLP

| 2016 Rates: | Bar Admission Date | Rates |
|---|---|---|
|  | 1974 | $1,475 |

18
DECLARATION OF RICHARD M. PEARL

| | 1983 | $1,025 |
|---|---|---|
| | 1979 | $950 |
| | 2007 | $850 |
| | 2013 | $495 |
| | 2015 | $440-445 |

## Quinn Emanuel Urquhart & Sullivan

| 2013 Rates: | Level | Rates |
|---|---|---|
| | Average Partner | $915 |
| | Highest Partner | $1,075 |
| | Lowest Partner | $810 |
| | Average Associate | $410 |
| | Highest Associate | $675 |
| | Lowest Associate | $320 |

## Reed Smith LLP

| 2014 Rates: | Years of Experience | Rates |
|---|---|---|
| | 37 | $830 |
| | 18 | $695 |
| | 15 | $585 |
| | 6 | $485 |
| | 5 | $435 |
| 2013 Rates: | Years of Experience | Rates |
| | Partner | |
| | 36 | $830 |
| | 30 | $805 |
| | 17 | $610-615 |
| | 14 | $570 |
| | Associates | |
| | 8 | $450-535 |
| | 6 | $495 |

## Ropes & Gray

| 2016 Rates: | Level | Rates |
|---|---|---|
| | Partner | $880-1,450 |
| | Counsel | $605-1,425 |
| | Associate | $460-1050 |
| | Paralegals | $160-415 |

## Rosen, Bien, Galvan & Grunfeld LLP

| 2019 Rates: | Class | Rates |
|---|---|---|
| | Partners: | |
| | 1962 | $1,050 |
| | 1980 | $1,000 |
| | 1981 | $940 |
| | 1984 | $860 |
| | 1997 | $800 |
| | 2005 | $700 |

DECLARATION OF RICHARD M. PEARL

|  | | 2008 | $640 |
|---|---|---|---|
|  | | Of Counsel: | |
|  | | 1993 | $725 |
|  | | 2003 | $700 |
|  | | Senior Counsel: | |
|  | | 2008 | $610 |
|  | | 2009 | $585 |
|  | | Associates: | |
|  | | 2010 | $540 |
|  | | 2011 | $525 |
|  | | 2013 | $460 |
|  | | 2015 | $440 |
|  | | 2016 | $400 |
|  | | 2017 | $350 |
|  | | Senior Paralegals: | $350 |
|  | | Litigation Support/Paralegal Clerks: | $225 |
|  | | Law Students: | $275 |
|  | | Word Processing: | $85 |
| **2018 Rates** | | | |
|  | | Class/Level: | Rates: |
|  | | Partners: | |
|  | | 1962 | $1,000 |
|  | | 1980 | $965 |
|  | | 1981 | $920 |
|  | | 1984 | $835 |
|  | | 1997 | $780 |
|  | | 2005 | $650 |
|  | | Of Counsel: | |
|  | | 1983 | $800 |
|  | | 1993 | $700 |
|  | | 2003 | $675 |
|  | | Senior Counsel: | |
|  | | 2008 | $585 |
|  | | Associates: | |
|  | | 2009 | $535 |
|  | | 2010 | $525 |
|  | | 2011 | $500 |
|  | | 2013 | $440 |
|  | | 2015 | $410 |
|  | | 2016 | $375 |
|  | | Paralegals: | $340-240 |
|  | | Litigation Support/Paralegal Clerks: | $225 |
|  | | Law Students: | $275 |
|  | | Word Processing: | $85 |
| **2017 Rates:** | | **Class/Level** | **Rates** |
|  | | Partners | |
|  | | 1962 | $1,000 |
|  | | 1980 | $950 |
|  | | 1981 | $900 |
|  | | 1984 | $825 |
|  | | 1997 | $780 |
|  | | 2005 | $650 |

20

DECLARATION OF RICHARD M. PEARL

| | Of Counsel | |
|---|---|---|
| | 1983 | $800 |
| | 1993 | $700 |
| | 2003 | $675 |
| | Associates | |
| | 2008 | $575 |
| | 2009 | $515 |
| | 2010 | $500 |
| | 2011 | $490 |
| | 2013 | $425 |
| | 2015 | $400 |
| | 2016 | $375 |
| | Paralegals | $325-240 |
| | Litigation Support/Paralegal Clerks | $225 |
| | Law Students | $275 |
| | Word Processing | $85 |
| **2016 Rates:** | **Class** | **Rates** |
| | 1962 | $995 |
| | 1980 | $900 |
| | 1985 | $800 |
| | 1997 | $740 |
| | 2008 | $545 |
| | 2009 | $490 |
| | Certified Law Student | $275 |
| | Paralegal | $275 |
| **2015 Rates:** | **Years of Experience** | **Rates** |
| | Partners | |
| | 53 | $930 |
| | 35 | $840 |
| | 33 | $775 |
| | 31 | $710 |
| | 18 | $690 |
| | 9 | $525 |
| | Of Counsel | $590-610 |
| | Associates | |
| | 9 | $490 |
| | 8 | $480 |
| | 7 | $470 |
| | 6 | $440 |
| | 5 | $420 |
| | 4 | $400 |
| | 3 | $380 |
| | Paralegals | $250-295 |
| | Litigation Support/Paralegal Clerks | $200-220 |
| | Law Students | $275 |
| | Word Processing | $85 |

**Schonbrun, DeSimone, Seplow, Harris & Hoffman**

| **2014 Rates:** | **Years of Experience** | **Rates** |
|---|---|---|
| | 29 | $750 |

21

DECLARATION OF RICHARD M. PEARL

|  | 24 | $700 |
| **2012 Rates:** | **Years of Experience** | **Rates** |
|  | 27 | $695 |
|  | 22 | $630 |

## Sheppard, Mullin, Richter & Hampton

| **2014 Rates:** | **Level** | **Rates** |
| --- | --- | --- |
|  | Highest Partner | $875 |
|  | Lowest Partner | $490 |
|  | Average Partner | $685 |
|  | Highest Associate | $535 |
|  | Lowest Associate | $275 |
|  | Average Associate | $415 |
| **2010 Rates:** | **Level** | **Rates** |
|  | Partners | $495-820 |
|  | Associates | $270-620 |

## Skadden, Arps, Slate, Meagher & Flom

| **2013 Rates:** | **Level** | **Rates** |
| --- | --- | --- |
|  | Average Partner | $1,035 |
|  | Highest Partner | $1,150 |
|  | Lowest Partner | $845 |
|  | Average Associate | $620 |
|  | Highest Associate | $845 |
|  | Lowest Associate | $340 |

## Wilson Sonsini Goodrich & Rosati PC

| **2017 Rates:** | **Bar Admission Date** | **Rates** |
| --- | --- | --- |
|  | 2000 | $950 |
|  |  |  |

| **Winston & Strawn** |  |  |
| --- | --- | --- |
| **2019 Rates:** |  | **Rates** |
|  | Partners: |  |
|  | 1977 | $1,515 |
|  | 1984 | $1,245 |
|  | 2001 | $1,105 |
|  | Associates: |  |
|  | 2011 | $825 |
|  | 2015 | $660 |
|  | 2016 | $615 |
| **2018 Rates:** |  |  |
|  | Partners: |  |
|  | 1977 | $1,445 |
|  | 1984 | $1,185 |
|  | 2001 | $1,050 |
|  | 2008 | $820 |
|  | Associates: |  |
|  | 2011 | $765 |

22

DECLARATION OF RICHARD M. PEARL

| | | |
|---|---|---|
| | 2015 | $585 |
| | Paralegals: | $170-340 |
| | Litigation Support Mgr. | $275 |
| | Review Attorneys | $85 |
| **2017 Rates:** | | |
| | Partners: | |
| | 1977 | $1,365 |
| | 1984 | $1,120 |
| | 2001 | $990 |
| | Associates: | |
| | 2008 | $760 |
| | 2011 | $690 |
| | 2012 | $645 |
| | 2015 | $520 |
| | 2016 | $495 |
| | Paralegals: | $165-295 |
| **2016 Rates:** | | |
| | Partners: | |
| | 1977 | $1,290 |
| | 1984 | $1,095 |
| | 2001 | $960 |
| | Associates: | |
| | 2011 | $615 |
| | 1984 | $575 |
| | 2001 | $470 |
| | Paralegals: | $170-280 |
| | Litigation Support Mgr.: | $250 |
| **2015 Rates:** | | |
| | Partners: | |
| | 1977 | $1,225 |
| | 1984 | $1,000 |
| | 2001 | $910 |
| | Associates: | |
| | 2008 | $680 |
| | 2011 | $555 |
| | 2012 | $515 |
| | 2013 | $480 |
| | 2015 | $450 |
| | Review Attorneys: | $85-95 |
| | Paralegals: | $90-265 |
| | Litigation Support Mgr. | $250 |

16.     The hourly rates set forth above are those charged where full payment is expected promptly upon the rendition of the billing and without consideration of factors other than hours and rates.  If any substantial part of the payment were to be contingent or deferred for any substantial period of time, for example, the fee arrangement would be adjusted accordingly to compensate the attorneys for those factors.

17.     In my experience, fee awards are almost always determined based on current rates, *i.e.*,

23

DECLARATION OF RICHARD M. PEARL

the attorney's rate at the time a motion for fees is made, rather than the historical rate at the same time the work was performed.  This is a common and accepted practice to compensate attorneys for the delay in being paid.  *See Graham v. DaimlerChrysler* (2004) 34 Cal.4[th] 553, 583.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed on May *14*, 2019 at Berkeley, California.

Richard M. Pearl

24

DECLARATION OF RICHARD M. PEARL

# Exhibit 1

# RESUME OF RICHARD M. PEARL

**RICHARD M. PEARL**
**LAW OFFICES OF RICHARD M. PEARL**
1816 Fifth Street
Berkeley, CA 94710
(510) 649-0810
(510) 548-3143 (facsimile)
rpearl@interx.net (e-mail)

**EDUCATION**

University of California, Berkeley, B.A., Economics (June 1966)
Boalt Hall School of Law, Berkeley, J.D. (June 1969)

**BAR MEMBERSHIP**

Member, State Bar of California (admitted February 1970)
Member, State Bar of Georgia (admitted June 1970) (inactive)
Admitted to practice before all California State Courts; the United States Supreme Court; the United States Court of Appeals for the District of Columbia and Ninth Circuits; the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California, for the District of Arizona, and for the Northern District of Georgia; and the Georgia Civil and Superior Courts and Court of Appeals.

**EMPLOYMENT**

LAW OFFICES OF RICHARD M. PEARL (April 1987 to Present): Civil litigation practice (AV rating), with emphasis on court-awarded attorney's fees, class actions, and appellate practice. Selected Northern California "Super Lawyer" in Appellate Law for 2005, 2006, 2007, 2008, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, and 2019.

QUALIFIED APPELLATE MEDIATOR, APPELLATE MEDIATION PROGRAM, California Court of Appeal, First Appellate District (October 2000 to 2013) (program terminated).

ADJUNCT PROFESSOR, HASTINGS COLLEGE OF THE LAW (January 1988 to 2014): Taught *Public Interest Law Practice*, a 2-unit course that focused on the history, strategies, and issues involved in the practice of public interest law.

PEARL, McNEILL & GILLESPIE, Partner (May 1982 to March 1987): General civil litigation practice, as described above.

CALIFORNIA RURAL LEGAL ASSISTANCE, INC. (July 1971 to September 1983) (part-time May 1982 to September 1983):

> Director of Litigation (July 1977 to July 1982)
> Responsibilities: Oversaw and supervised litigation of more than 50 attorneys in CRLA's 15 field offices; administered and supervised staff of 4-6 Regional Counsel; promulgated litigation policies and procedures for program; participated in complex civil litigation.
>
> Regional Counsel (July 1982 to September 1983 part-time)
> Responsibilities: Served as co-counsel to CRLA field attorneys on complex projects; provided technical assistance and training to CRLA field offices; oversaw CRLA attorney's fee cases; served as counsel on major litigation.
>
> Directing Attorney, Cooperative Legal Services Center (February 1974 to July 1977) (Staff Attorney February 1974 to October 1975)
> Responsibilities: Served as co-counsel on major litigation with legal services attorneys in small legal services offices throughout California; supervised and administered staff of four senior legal services attorneys and support staff.
>
> Directing Attorney, CRLA McFarland Office (July 1971 to February 1974) (Staff Attorney July 1971 to February 1972)
> Responsibilities: Provided legal representation to low income persons and groups in Kern, King, and Tulare Counties; supervised all litigation and administered staff of ten.

HASTINGS COLLEGE OF THE LAW, Instructor, Legal Writing and Research Program (August 1974 to June 1978)
Responsibilities: Instructed 20 to 25 first year students in legal writing and research.

CALIFORNIA AGRICULTURAL LABOR RELATIONS BOARD, Staff Attorney, General Counsel's Office (November 1975 to January 1976, while on leave from CRLA)
Responsibilities: Prosecuted unfair labor practice charges before Administrative Law Judges and the A.L.R.B. and represented the A.L.R.B. in state court proceedings.

ATLANTA LEGAL AID SOCIETY, Staff Attorney (October 1969 to June 1971)
Responsibilities: Represented low-income persons and groups as part of 36-lawyer legal services program located in Atlanta, Georgia.

**PUBLICATIONS**

Pearl, *California Attorney Fee Awards, Third Edition* (Cal. Cont. Ed. Bar 2010) and February 2011, 2012, 2013, 2014, 2015, 2016, 2017, and March 2018 Supplements

Pearl, *California Attorney Fee Awards, Second Edition* (Cal. Cont. Ed. Bar 1994), and 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 Supplements

*Graham v. DaimlerChrysler Corp.* and *Tipton-Whittingham v. City of Los Angeles*, Civil Litigation Reporter (Cal. Cont. Ed. Bar Feb. 2005)

*Current Issues in Attorneys' Fee Litigation*, California Labor and Employment Law Quarterly (September 2002 and November 2002)

*Flannery v. Prentice: Shifting Attitudes Toward Fee Agreements and Fee-Shifting Statutes*, Civil Litigation Reporter (Cal. Cont. Ed. Bar Nov. 2001)

*A Practical Introduction to Attorney's Fees*, Environmental Law News (Summer 1995)

Wrongful Employment Termination Practice, Second Edition (Cal. Cont. Ed. Bar 1997) (co-authored chapter on "Attorney Fees")

California Attorney's Fees Award Practice (Cal. Cont. Ed. Bar 1982) (edited), and 1984 through 1993 Supplements

Program materials on attorney fees, prepared as panelist for CEB program on Attorneys' Fees: Practical and Ethical Considerations in Determining, Billing, and Collecting (October 1992)

Program materials on Attorney's Fees in Administrative Proceedings: California Continuing Education of the Bar, prepared as panelist for CEB program on Effective Representation Before California Administrative Agencies (October 1986)

Program materials on Attorney's Fees in Administrative Proceedings: California Continuing Education of the Bar, prepared as panelist for CEB program on Attorneys' Fees: Practical and Ethical Considerations (March 1984)

*Settlors Beware/The Dangers of Negotiating Statutory Fee Cases* (September 1985) Los Angeles Lawyer

Program Materials on Remedies Training (Class Actions), sponsored by Legal Services Section, California State Bar, San Francisco (May 1983)

Attorneys' Fees: A Legal Services Practice Manual (Legal Services Corporation 1981)

**PUBLIC SERVICE**

Member, Attorneys' Fee Task Force, California State Bar

Member, Board of Directors, California Rural Legal Assistance Foundation

**REPRESENTATIVE CASES**

*Alcoser v. Thomas*
> (2011) 2011 Cal.App.Unpub.LEXIS 1180

*Arias v. Raimondo*
> (2018) 2018 U.S.App.LEXIS 7484

*Boren v. California Department of Employment*
> (1976) 59 Cal.App.3d 250

*Cabrera v. Martin*
> (9th Cir. 1992) 973 F.2d 735

*Camacho v. Bridgeport Financial, Inc.*
> (9th Cir. 2008) 523 F.3d 973

*Campos v. E.D.D.*
> (1982) 132 Cal.App.3d 961

*Center for Biological Diversity v. County of San Bernardino*
> (2010) 185 Cal.App.4th 866

*Children & Families Commission of Fresno v. Brown*
> (2014) 228 Cal.App.4th 45

*Committee to Defend Reproductive Rights v. A Free Pregnancy Center*
> (1991) 229 Cal.App.3d 633

*David C. v. Leavitt*
> (D. Utah 1995) 900 F.Supp. 1547

*Delaney v. Baker*
> (1999) 10 Cal.4th 23

*Dixon v. City of Oakland*
> (2014) 2014 U.S.Dist.LEXIS 169688

4

**REPRESENTATIVE CASES (cont.)**

*Employment Development Dept. v. Superior Court (Boren)*
(1981) 30 Cal.3d 256

*Environmental Protection Info. Ctr. v Department of Forestry & Fire Protection*
(2010) 190 Cal.App.4th 217

*Environmental Protection Information Center, Inc. v. Pacific Lumber Co.*
(N.D. Cal. 2002) 229 F. Supp.2d 993*, aff'd* (9th Cir. 2004) 103 Fed. Appx. 627

*Flannery v Prentice*
(2001) 26 Cal. 4th 572

*Guerrero v. Cal. Dept. of Corrections etc.*
(2016) 2016 U.S.Dist.LEXIS 78796, *aff'd in relevant part,* (9th Cir. 2017) 701 Fed.Appx. 613

*Graham v. DaimlerChrysler Corp.*
(2004) 34 Cal. 4th 553

*Heron Bay Home Owners Assn. v. City of San Leandro*
(2018) 19 Cal.App.5th 376

*Horsford v. Board of Trustees of Univ. of Calif.*
(2005) 132 Cal.App.4th 359

*Ketchum v. Moses*
(2001) 24 Cal.4th 1122

*Kievlan v. Dahlberg Electronics*
(1978) 78 Cal.App.3d 951, *cert. denied* (1979)
440 U.S. 951

*Lealao v. Beneficial  California, Inc.*
(2000) 82 Cal.App.4th 19

*Lewis v. California Unemployment Insurance Appeals Board*
(1976) 56 Cal.App.3d 729

*Local 3-98 etc. v. Donovan*
(N.D. Cal. 1984) 580 F.Supp. 714,
*Aff'd* (9th Cir. 1986) 792 F.2d 762

**REPRESENTATIVE CASES (cont.)**

*Mangold v. California Public Utilities Commission*
      (9th Cir. 1995) 67 F.3d 1470

*Maria P. v. Riles*
      (1987) 43 Cal.3d 1281

*Martinez v. Dunlop*
      (N.D. Cal. 1976) 411 F.Supp. 5,
      *aff'd* (9th Cir. 1977) 573 F.2d 555

*McQueen, Conservatorship of*
      (2014) 59 Cal.4th 602 (argued for *amici curiae*)

*McSomebodies v. Burlingame Elementary School Dist.*
      (9th Cir. 1990) 897 F.2d 974

*McSomebodies v. San Mateo City School Dist.*
      (9th Cir. 1990) 897 F.2d 975

*Molina v. Lexmark International*
      (2013) 2013 Cal.App. Unpub. LEXIS 6684

*Moore v. Bank of America*
      (9th Cir. 2007) 2007 U.S. App. LEXIS 19597

*Moore v. Bank of America*
      (S.D. Cal. 2008) 2008 U.S. Dist. LEXIS 904

*Mora v. Chem-Tronics, Inc.*
      (S.D. Cal. 1999) 1999 U.S. Dist. LEXIS 10752,
      5 Wage & Hour Cas. 2d (BNA) 1122

*Nadaf-Rahrov v. Nieman Marcus Group*
      (2014) 2014 Cal.App. Unpub. LEXIS 6975

*Orr v. Brame*
      (2018) 2018 U.S.App.LEXIS 6094

*Pena v. Superior Court of Kern County*
      (1975) 50 Cal.App.3d 694

**REPRESENTATIVE CASES (cont.)**

*Ponce v. Tulare County Housing Authority*
(E.D. Cal 1975) 389 F.Supp. 635

*Ramirez v. Runyon*
(N.D. Cal. 1999) 1999 U.S. Dist. LEXIS 20544

*Rubio v. Superior Court*
(1979) 24 Cal.3d 93 (amicus)

*Ruelas v. Harper*
(2015) 2015 Cal.App. Unpub.LEXIS 7922

*Sokolow v. County of San Mateo*
(1989) 213 Cal. App. 3d. 231

*S.P. Growers v. Rodriguez*
(1976) 17 Cal.3d 719 (amicus)

*Swan v. Tesconi*
(2015) 2015 Cal.App. Unpub. LEXIS 3891

*Tongol v. Usery*
(9th Cir. 1979) 601 F.2d 1091,
*on remand* (N.D. Cal. 1983) 575 F.Supp. 409,
*revs'd* (9th Cir. 1985) 762 F.2d 727

*Tripp v. Swoap*
(1976) 17 Cal.3d 671 (amicus)

*United States (Davis) v. City and County of San Francisco*
(N.D. Cal. 1990) 748 F.Supp. 1416, *aff'd in part
and revs'd in part sub nom Davis v. City and County
of San Francisco* (9th Cir. 1992) 976 F.2d 1536,
*modified on rehearing* (9th Cir. 1993) 984 F.2d 345

*United States v. City of San Diego*
(S.D.Cal. 1998) 18 F.Supp.2d 1090

*Vasquez v. State of California*
(2008) 45 Cal.4th 243 (*amicus*)

**REPRESENTATIVE CASES (cont.)**

*Velez v. Wynne*
> (9th Cir. 2007) 2007 U.S. App. LEXIS 2194

**FEBRUARY 2019**