# EXHIBIT 7

## EXPERT WITNESS TESTIMONY
D.  Jan Duffy

1. Diaz v. Hutchinson Aerospace & Industry, Inc., November 2019
   (Deposition Testimony) (Plaintiff)

2. Kornegay v. Los Angeles World Airports, July 2019
   (Deposition Testimony) (Defendant)

3. Does v. Sedillo, and City and County of San Mateo, July 2019
   (Trial Testimony) (Plaintiff)

4. Lopez v. LLUMC, June 2019
   (Trial Testimony) (Defendant)

5. Cotton v. LLUMC, June 2019
   (Deposition Testimony) (Defendant)

6. Walker v. City and County of San Francisco, May 2019
   (Deposition Testimony) (Plaintiff)

7. Gordon v. Nexstar Media Group, et al., May 2019
   (Deposition Testimony) (Plaintiff)

8. Soto v. LLUMC, February 2019
   (Deposition and Trial Testimony) (Defendant)

9. Gokhale v. Dolby Laboratories, Inc, January 2019
   (Deposition Testimony) (Defendant)

10. McKee v. LLUMC, October 2018
    (Deposition Testimony) (Defendant)

11. Lizarraga v. Loma Linda Medical Center, April 2018, Oct. 2018
    (Deposition and Trial Testimony) (Defendant)

12. Moinuddin v. Caltrans, August 2018
    (Trial Testimony) (Plaintiff)

13. Woodland v. Loma Linda University Health Care, June 2018
    (Deposition Testimony) (Defendant)

14. Asher v. E!, May, June 2018
    (Deposition and Arbitration Testimony) (Plaintiff)

15. Chevreaux v. Long Beach Medical Center, May 2018
    (Deposition and Trial Testimony) (Plaintiff)

16. Hoover v. Dignity Health, April 2018, December 2018
    (Deposition and Trial) (Plaintiff)

1

17. <u>Shresta v. Hotel Sunrise, et al</u>. March 2018
(Deposition Testimony) (Plaintiff)

18. <u>Gonzalez v. Kaiser</u>, February 2018
(Deposition Testimony) (Plaintiff)

19. <u>Baker v. Arconic</u>, January 2018
(Deposition Testimony) (Defendant)

20. <u>Elizondo v. Caltrans</u>, October 2017
(Trial Testimony) (Plaintiff)

21. <u>Vinson v. County of San Bernadino,</u> September 2017
(Deposition and Trial Testimony) (Plaintiff)

22. <u>Ishimaru v. KGO</u>, August 2017
(Deposition Testimony) (Plaintiff)

23. <u>Khoury v. LLUHC</u>, April 2017
(Deposition and Trial Testimony) (Defendant)

24. <u>Garboski v. Safeway</u>, April 2017
(Deposition Testimony) (Plaintiff)

25. <u>Kathleen Shaw v. LLUMC</u>, April 2017
(Trial Testimony) (Defendant)

26. <u>Sessions v. Topa Insurance</u>, February 2017
(Deposition Testimony) (Plaintiff)

27. <u>Varisco v. Topa Insurance</u>, January 2017
(Deposition Testimony) (Plaintiff)

28. <u>Donnelly v. Eisenhower Medical Center,</u> January 2017
(Deposition Testimony) (Plaintiff)

29. <u>Nichols Gonzalez v. Loma Linda Medical Center</u>, December 2016
(Deposition and Trial Testimony) (Defendant)

30. <u>Ghanayem v.City and County of San Francisco and Transdev Services,</u> October 2016
(Deposition Testimony) (Plaintiff)

31. <u>Rotz v. Symetra</u>, October 2016
(Deposition Testimony) (Defendant)

32. <u>Kamali v. Caltrans</u>, October 2016
(Deposition Testimony) (Plaintiff)

33. <u>Self v. Equinox</u>, October 2016
(Deposition Testimony) (Plaintiff)

34. Gutierrez v. EBMUD, September 2016
    (Deposition Testimony) (Plaintiff)

35. Doreen Olson Mackey v. Helinet Aviation, Helinet Aviation Services, LLC, Helinet Technologies, March 2015, January 2016
    (Deposition and Trial Testimony) (Plaintiff)

36. Cilurzo v. Apple, Inc., January 2016
    (Deposition) (Plaintiff)

37. Shirley Stiver v. Regents of UC, December 2015
    (Deposition Testimony) (Plaintiff)

38. Jessica Stepp v. Fidelity National Title Group Inc., et al., April 2015, September 2015
    (Deposition and Trial Testimony) (Plaintiff)

39. Walker v. American Indian School, August, 2015
    (Deposition Testimony) (Plaintiff)

40. EEOC v. DHL, July 2015
    (Deposition Testimony) (Defendant)

41. Sanchez.v. Constellation Brands U.S. Operations, Inc., et al., January 2015 and July/August 2015
    (Deposition and Trial Testimony) (Plaintiff)

42. Belynda Byrd v. Raytheon Company, Space and Airborne Systems, June 2015
    (Deposition Testimony) (Plaintiff)

43. Kelly O'Haire v. City and County of San Francisco, et al., April 2015
    (Deposition Testimony) (Plaintiff)

44. Tullett Prebon Financial Services LLC v. Suncica Reljic and Tradition Asiel Securities Inc., January 2015 and March 2015
    (Arbitration Testimony) (Defendant)

45. Darlene Henderson v. Loma Linda University MedicineCenter, Inc., February 2015 and March 2015
    (Deposition and Trial Testimony) (Defendant)

46. Monika Patterson, Silvia Salas, Mindy Bonilla, Janine Hill v. Dino Mencarini, Abundance Vineyards, et al., November 2013 and January 2014; February 2015
    (Deposition and Trial Testimony) (Plaintiff)

47. Simers v. Tribune Company, et al., October 2014
    (Deposition Testimony) (Defendant)

48. Osborn v. Costco Wholesale Corporation, et al., August 2014; September 2014
    (Deposition and Trial Testimony) (Plaintiff)

49. Foster, et al. v. BAE Systems, August 2014
    (Deposition Testimony) (Plaintiff)

3

50. Radford v. BAE Systems, November and December 2010; May 2014
(Deposition and Trial Testimony) (Plaintiff)

51. Tim Dupree, et al. v. Sajahtera, Inc, d/b/a The Beverly Hills Hotel, et al., April 2014 and July 2014
(Deposition and Trial Testimony) (Plaintiff)

52. Don Hanks v. Amgen, Inc, March 2014
(Deposition Testimony) (Plaintiff)

53. Robert Pedowitz, M.D. v. The Regents of the University of California; UCLA Health Sciences; et al.
March 2014
(Deposition and Trial Testimony) (Plaintiff)

54. Jessica Polonski v. Denny's inc.; Jose Rodriguez; and DOES 1-25, inclusive
January 2014
(Deposition Testimony) (Plaintiff)

55. Zwarg v. BB&T Insurance Services, et al., May 2013 and January 2014
(Deposition and Trial Testimony) (Plaintiff)

56. Hootan Roozrokh, MD v. Loma Linda School of Medicine, Faculty and Staff and Michael E. Devera, et al., October 2013 and January 2014
(Deposition and Trial Testimony) (Defendant)

57. Danielle Baez v. Burbank Unified School District, et al, October 2013; May, 2009 and June, 2009
(Deposition and Trial Testimony) (Plaintiff)

58. Sands v. Service Corporation International, September 2013
(Deposition Testimony) (Defendant)

59. Brake v. Caltrans, August 2013; October 2013
(Deposition and Trial Testimony) (Plaintiff)

60. Arave v. Merrill Lynch, July and August 2013
(Deposition and Trial Testimony) (Defendant)

61. D'Antonio v. FPS Loma Linda University Medical Center, June 2013
(Trial Testimony) (Defendant)

62. Dang v. Sutter's Place dba Bay 101 Casino, May 2012 and May, 2013
(Deposition and Trial Testimony) (Plaintiff)

63. Greenwood v. Loma Linda University Medical Center, April 2013
(Deposition Testimony) (Defendant)

64. Mc Girr v. CNA, et al., March 2013
(Deposition Testimony) (Defendant)

65. Goodwin v. Northern Humboldt Union High School District, February 2013
(Deposition Testimony) (Plaintiff)

66. McDaniel v. Smart & Final, December 2012
(Deposition Testimony) (Plaintiff)

67. Habashy v. Farmers Insurance Exchange, October 2012
(Deposition Testimony) (Defendant)

68. Kamali v. The State of California, June 2012 and October 2012
(Deposition Testimony and Trial Testimony) (Plaintiff)

69. Cefalu v. Genentech, July 2011 and October 2012
(Deposition Testimony and Trial Testimony) (Plaintiff)

70. Faizi v. Sonic Automotive Inc., August 2012
(Deposition Testimony and Arbitration Testimony) (Defendant)

71. Baretto v. Equity Lifestyles Partnerships Inc., August 2012
(Deposition Testimony) (Plaintiff)

72. Chisholm v. GE Railcar Services, August 2012
(Deposition Testimony) (Defendant)

73. Gee v. Cornerstone OnDemand, September 2011 and April 2012
(Deposition and Arbitration Testimony) (Plaintiff)

74. Moore v. Gilead, April 2012
(Deposition Testimony) (Plaintiff)

75. Hussein v. Farmers Group, Inc., January and February 2012
(Deposition and Trial Testimony) (Defendant)

76. Lewis v. Save Mart Supermarkets, February 2012
(Deposition Testimony) (Plaintiff)

77. Naiman v. Oracle, November 2011 and December 2011
(Deposition and Trial Testimony) (Plaintiff)

78. Whitehouse v. Pacific Bell, September 2011
(Deposition Testimony) (Plaintiff)

79. Polis v. Discuss Dental, September 2011
(Deposition Testimony) (Plaintiff)

80. Miller v. California Pacific Medical Center, July 2010 and August 2011
(Deposition and Trial Testimony) (Plaintiff)

81. Cefalu v. Genentech, July 2011
(Deposition and Trial Testimony) (Plaintiff)

82. Ramos v. Chipotle, May 2011
(Deposition Testimony) (Plaintiff)

83. Leonardi v. Five Star Quality Care, Inc., April 2011 and May, 2011
    (Deposition and Trial Testimony) (Defendant)

84. Shank v. CRST Van Expedited, Inc., August 2010 and April 2011
    (Deposition and Trial Testimony) (Defendant)

85. Partlow, et al. v. San Domenico School, et al., April, 2011
    (Mediation Testimony) (Defendant)

86. Fenner & Smith Inc v. Choy, Kinney, and Ronald Wo, February, 2011
    (Arbitration Testimony) (Defendant)

87. Cheh v. Western Medical Center, October 2010 and January 2011
    (Deposition and Trial Testimony) (Plaintiff)

88. Young v. Los Angeles Community College District, March 2010 and January 2011
    (Deposition and Trial Testimony) (Plaintiff)

89. Valdez v. Pacific Bell Telephone Company, December 2010 and January 2011
    (Deposition Testimony) (Plaintiff)

90. Mattel v. MGA, December 2010
    (Deposition Testimony) (Defendant)

91. Perez v. Lolman Enterprises, Inc., dba Lolli's Castagnola Restaurant, November 2010
    (Deposition Testimony) (Plaintiff)

92. Wentworth v. Townsend &Townsend, October 2010
    (Deposition Testimony) (Plaintiff)

93. Miller v. CA Department of Corrections, October 2010
    (Trial Testimony) (Plaintiff)

94. Wallace v. Countrywide, September 2010
    (Deposition Testimony) (Plaintiff)

95. Aguirre v. Tenderloin Neighborhood Development Corporation, August 2010
    (Mediation Testimony) (Defendant)

96. Klein v. Raytheon, March 2010
    (Deposition Testimony) (Plaintiff)

97. Ursenbach v. Singer Lewak  Greenbaum & Goldstein LLP, February, 2010
    (Deposition Testimony) (Plaintiff)

98. Mitchell v. Teck Cominco, October 2009 and January 2010
    (Deposition and Trial Testimony) (Plaintiff)

99. Myers v. Baxter Bioscience, October 2009
    (Deposition Testimony) (Plaintiff)

100. Adorno v. The Port Authority of New York & New Jersey, January 2008 and September 2009
(Deposition and Trial Testimony) (Plaintiff)

101. Severson v. Pack n Save, Safeway, July 2009
(Deposition Testimony) (Plaintiff)

102. Richard Moss v. PG&E, June 2009
(Deposition Testimony) (Plaintiff)

103. Robert L. Fritz v. Family Healthcare Networks, April 2009
(Deposition Testimony) (Plaintiff)

104. Herron v. Richard T. Niner, Niner Wine Estates, February 2009 and March 2009
(Deposition and Trial Testimony) (Defendant)

105. Wade v. Sierra Nevada Corp, February 2009
(Deposition Testimony) (Plaintiff)

106. Pratt v. City of Bakersfield, January 2009 and February 2009
(Deposition and Trial Testimony) (Plaintiff)

107. Barkowski v. Amgen Inc., October and November 2008
(Deposition Testimony) (Plaintiff)

108. Gonzales v. Freedom Communications, Inc. DBA the Orange County Register, August 2008
(Deposition Testimony) (Defendant)

109. Miller v. CA Department of Corrections, August 2008
(Deposition Testimony) (Plaintiff)

110. Beck v. Genesys Telecommunications, July 2008
(Deposition Testimony) (Plaintiff)

111. Holman v. Altana Pharma Inc, U.S.A., May 2007
(Deposition Testimony) (Plaintiff)

112. Petrossian v. CSK Auto – May 2008
(Deposition Testimony) (Plaintiff)

113. Mattel, Inc v. Carter Bryant – April 2008
(Deposition Testimony) (Defendant)

114. Krell v. The Regents of the University of California, et al. – March 2008 and April 2008
(Deposition and Trial Testimony) (Plaintiff)

115. Navarrete v. Sybase, Inc. – October 2007 and February 2008
(Deposition and Trial Testimony) (Defendant)

116. James Bates v. Novartis Vaccines and Diagnostics, Inc. – February 2008
(Deposition Testimony) (Defendant)

7

117. Dougherty v. Sears Roebuck, November 2007
(Deposition Testimony) (Plaintiff)

118. Garcia v. Electrical Industry Service Bureau, Inc., October 2007
(Trial Testimony) (Plaintiff)

119. Vora v. Raytheon, October 2007
(Deposition Testimony) (Plaintiff)

120. Ossen v. Memorial Health Service, Inc., July 2007
(Deposition Testimony) (Plaintiff)

121. Ignasiak v. The Capital Group Companies, Inc., June 2007
(Deposition Testimony) (Plaintiff)

122. O'Leary v. Western Pacific Housing, June 2007
(Deposition Testimony) (Plaintiff)

123. Burton v. Liberty Mutual, March 2007
(Deposition Testimony) (Defendant)

124. Lam v. Tamarine, February, 2007
(Deposition Testimony) (Plaintiff)

125. Nevarro v. Hartzheim Dodge, February, 2007
(Deposition Testimony) (Plaintiff)

126. McGonegle v. Overnite Transportation, February, 2007
(Deposition Testimony) (Plaintiff)

127. Crable v. HSBC, February, 2007
(Deposition Testimony) (Plaintiff)

128. Williams v. Sprint, February, 2007
(Deposition Testimony) (Plaintiff)

129. Pollard v. City of Emeryville, November, 2006
(Deposition Testimony) (Plaintiff)

130. Durand v. SFA Terminals, June, 2006 & November, 2006
(Deposition and Trial Testimony) (Plaintiff)

131. Selbach v. Barclay's Global Investors, September, 2006 & October, 2006
(Deposition and Trial Testimony) (Plaintiff)

132. Black v. Reliant Technologies, Inc, et al., June, 2006
(Deposition Testimony) (Plaintiff)

133. Wilson v. Bob Lewis Volkswagen, May, 2006
(Deposition and Arbitration Testimony) (Plaintiff)

134. <u>Singh v. Yellow Transport,</u> April, 2006
(Deposition Testimony) (Plaintiff)

135. <u>Fischl v. New Horizons, et al</u>., March, 2006
(Deposition Testimony) (Defendant)

136. <u>Pazynski v. Baroud, et al.,</u> March, 2006
(Deposition Testimony) (Plaintiff)

137. <u>Broyles v. Thurston County,</u> August, 2005
(Deposition Testimony) (Plaintiff)

138. <u>Brady v. California State University Channel Islands</u>, July, 2005 & August, 2005
(Deposition and Trial Testimony) (Plaintiff)

139. <u>Edwards v. Waffle House, Inc.,</u> June, 2005
(Deposition Testimony) (Plaintiff)

140. <u>Fields v. Cherne,</u> May, 2005
(Deposition Testimony) (Plaintiff)

141. <u>Franks v. Costco,</u> April, 2005
(Deposition Testimony) (Plaintiff)

142. <u>Jackson v. Waffle House, Inc.,</u> April, 2005
(Deposition Testimony) (Plaintiff)

143. <u>Darryl Goode v. Waffle House, Inc.,</u> February, 2005 & March, 2005
(Deposition Testimony) (Plaintiff)

144. <u>Givens v. Waffle House, Inc,</u> February, 2005
(Deposition Testimony) (Plaintiff)

145. <u>Martinez v. Applied Materials et al.,</u> January, 2005
(Deposition Testimony) (Plaintiff)

146. <u>Satchell v. Federal Express,</u> December, 2004
(Deposition Testimony) (Defendant)

147. <u>Johnson and Lemke v. Coca Cola,</u> May, 2004 & November, 2004
(Deposition and Trial Testimony) (Plaintiff)

148. <u>Vargas v. NMB; NMB Tech Corporation and Airan Jansen,</u> September 2004 & October, 2004
(Deposition and Trial Testimony) (Plaintiff)

149. <u>Lee v. Dole,</u> September, 2004
(Deposition Testimony) (Plaintiff)

150. <u>Barbara San Martin v. Antioch Schools Federal Credit Union,</u> July, 2004
(Deposition Testimony) (Plaintiff)

9

151. <u>Conney vs. The Regents Of UC,</u> June, 2004 & July, 2004
(Deposition and Trial Testimony) (Plaintiff)

152. <u>Barlow v. TIC</u>, June, 2004
(Deposition Testimony) (Plaintiff)

153. <u>Neisendorf v. Levi Strauss,</u> April, 2004 & June, 2004
(Deposition and Trial Testimony) (Plaintiff)

154. <u>Mohammad et al. v. Thai Airways,</u> May, 2004
(Deposition Testimony) (Plaintiff)

155. <u>Thoeni v. Regents of the University of California,</u> March, 2004 & April, 2004
(Deposition and Trial Testimony) (Plaintiff)

156. <u>King v. Stanford</u>, February, 2004 & March, 2004
(Deposition and Trial Testimony) (Plaintiff)

157. <u>Kopetski v. Chevron,</u> August, 2003 & January, 2004
(Deposition and Trial Testimony) (Plaintiff)

158. <u>Ong-Kwong v. Washington Mutual,</u> November, 2003 & January, 2004
(Deposition and Trial Testimony) (Plaintiff)

159. <u>French v. California Casualty,</u> August, 2001 & November, 2003
(Deposition and Trial Testimony) (Defendant)

160. <u>Evans et al. v. CBS</u>, July, 2003
(Deposition Testimony) (Plaintiff)

161. <u>Patricia Schams v. Combined Insurance Co</u>., April, 2003
(Deposition Testimony) (Plaintiff)

162. <u>Christine Bucci v. PricewaterhouseCoopers</u>, March, 2003
(Deposition Testimony) (Defendant)

163. <u>Jessica Palyo v. Natural Abilities, Inc.</u>, February, 2003
(Deposition Testimony) (Plaintiff)

164. <u>Worley v. Surprise Valley Healthcare District</u>, February, 2003
(Deposition Testimony) (Plaintiff)

165. <u>Richter v. United Rentals</u>, August, 2002
(Deposition Testimony) (Plaintiff)

166. <u>Gregory v. United Airlines</u>, June, 2002
(Deposition Testimony) (Defendant)

167. <u>Woo v. Skidmore, Owings, & Merrill</u>, May, 2002
(Deposition Testimony) (Plaintiff)

168. <u>Mims v. United Parcel Service</u>, May, 2002
(Deposition Testimony) (Defendant)

169. <u>Rivas v. State of California and California State University Monterey</u>, April, 2002
(Deposition Testimony) (Plaintiff)

170. <u>Arnold v. AOL</u>, March, 2002
(Deposition Testimony) (Plaintiff)

171. <u>Silva v. Stockton Further Processing</u>, October, 2001 & December, 2001
(Deposition & Trial Testimony) (Defendant)

172. <u>Lehman v. Housing Authority</u> , November, 2001
(Deposition Testimony) (Plaintiff)

173. <u>Cash and Schwind v. Chevron Corporation et al.</u>, December, 2000 & April, 2001
(Deposition & Trial Testimony) (Plaintiff)

174. <u>Malek v. 24 Hour Fitness</u>, November, 2000 & April, 2001
(Deposition & Arbitration Testimony) (Plaintiff)

175. <u>Johnson v. University of Cincinnati</u>, March, 2001
(Deposition Testimony) (Plaintiff)

176. <u>Kinzel v. Discovery Drilling and Hart Crowser Inc.</u>, November, 2000
(Deposition Testimony) (Plaintiff)

177. <u>Arrington et al. v. Southern Pine Electric Power Association</u>, August, 2000
(Trial Testimony) (Plaintiff)

178. <u>Martha Boyce v. Kaiser Foundation Health, Inc. et al.</u>, June, 2000
(Deposition Testimony) (Plaintiff)

179. <u>John A. Dziamba v. Warner & Stackpole LLP, et al.</u>, April, 2000
(Deposition Testimony) (Plaintiff)

180. <u>Kim Marie Oshira v. Atlantis Submarines Hawaii</u>, April, 2000
(Deposition Testimony) (Plaintiff)

181. <u>Elston, et al. v. Tokheim, et al.</u>, March, 2000
(Deposition Testimony) (Defendant)

182. <u>DeJesus v. County of Contra Costa</u>, November, 1999
(Deposition and Trial Testimony) (Defendant)

183. <u>Gibson v. Conceptus</u>, October, 1999 and December, 1999
(Deposition and Trial Testimony) (Plaintiff)

184. <u>Hom-Eng v. Starbucks</u>, October, 1999
(Deposition Testimony) (Defendant)

11

185. Holmes v. Maryland Casualty Insurance Group, March, 1999
(Deposition Testimony) (Defendant)

186. Stover v. Superior Industries, March, 1999
(Deposition Testimony) (Defendant)

187. Cross v. Kaiser Foundation, et al., February, 1999 & March, 1999
(Deposition Testimony) (Plaintiff)

188. Roberts v. Andreini & Co., et al., February, 1999
(Deposition and Trial Testimony) (Plaintiff)

189. Gonzales v. San Benito Foods, et al., October, 1998
(Deposition & Trial Testimony) (Defendant)

190. Holser v. Home Depot, October, 1998
(Deposition Testimony) (Plaintiff)

191. Suchy v. Home Savings of America, July, 1998
(Deposition Testimony) (Defendant)

192. Benefiel v. CNA Insurance Companies, et al., April, 1998
(Deposition Testimony) (Plaintiff)

193. Marilley v. Frisbie Mgmt., March, 1998
(Deposition Testimony) (Plaintiff)

194. Minturn v. Texaco Inc. and Texaco Group Inc., February, 1998
(Deposition Testimony) (Defendant)

195. Groom v. Seagate Technology, et al., January, 1998
(Deposition Testimony) (Plaintiff)

196. Cummings v. Kaiser Foundation Hospitals, et al., October, 1997 & December, 1997
(Trial Testimony) (Plaintiff)

197. EEOC v. Danka Industries, Inc., November, 1997
(Deposition Testimony) (Plaintiff)

198. Adam v. Health Plan of San Mateo County, et al., September, 1997
(Deposition Testimony) (Plaintiff)

199. Merola v. Homestake Mining Co., August, 1997
(Deposition Testimony) (Defendant)

200. Darone v. The Mortgage Authority, May, 1997
(Deposition Testimony) (Plaintiff)

201. La Vergne v. Lockheed Missiles & Space Co., April, 1997
(Deposition Testimony) (Defendant)

202. <u>Dochow v. International Billing Services, et al</u>, April, 1997
    (Deposition Testimony) (Defendant)

203. <u>Koontz v. Fenton & Keller</u>, March, 1997
    (Trial Testimony) (Defendant)

204. <u>Stein v. Chevron Federal Credit Union et. al.</u> February, 1997
    (Deposition Testimony) (Defendant)

205. <u>Lopez-Lawrence v. California Pacific Medical Center</u> February, 1997 & April, 1996
    (Deposition and Trial Testimony) (Plaintiff)

206. <u>Hartman v. Polly's, Inc.</u> January, 1997
    (Deposition Testimony) (Defendant)

207. <u>Christensen v. Raleys, Inc</u>. December, 1996
    (Deposition Testimony) (Plaintiff)

208. <u>Campbell v. Attachmate</u>, October, 1996
    (Trial Testimony) (Plaintiff)

209. <u>EEOC v. Indiana Bell Telephone Co., Inc., dba Ameritech Indiana</u>, August, 1996
    (Deposition Testimony) (Plaintiff)

210. <u>Cann v. Service Merchandise</u>, June, 1996
    (Deposition and Trial Testimony) (Plaintiff)

211. <u>Slaymaker v. Wayne State University</u>, May, 1996
    (Deposition Testimony) (Plaintiff)

212. <u>Collier v. Los Gatos, Inc. Larry Arzie, David Stonesifer and Does 1-50</u>, May, 1996
    (Deposition Testimony) (Plaintiff)

213. <u>Kemp-Benford v. Delta Airlines, Inc. and Charles D. Huesca</u>, April, 1996
    (Deposition Testimony) (Defendant)

214. <u>Monica Brandon, Unika Buchanan, Lisa Washington & Joyce Watley v. Wal-Mart Stores, Inc., Ryan Hoag, Matt Stotts, Wayne Darlington, Barry H. West, Al Slavin, Tim McCabe & Does 1-100</u>, March, 1996
    (Deposition Testimony) (Plaintiff)

215. <u>Kersch v. Christopher Stoten, Club Med., Inc.</u>, March, 1996
    (Deposition Testimony) (Defendant)

216. <u>Tarpey v. Sierra Bank of Nevada,</u> December, 1995
    (Deposition Testimony) (Defendant)

217. <u>Anh-Thi Le v. Regents of the University of California,  et.al.</u> December, 1995
    (Deposition Testimony) (Plaintiff)

13

218. <u>Simms v. Suburban Propane</u>, November, 1995
(Deposition Testimony) (Plaintiff) (Confidentiality Order)

219. <u>William Montgomery v. Charles A. Schwab</u>, September, 1995
(Deposition Testimony) (Plaintiff)

220. <u>Lares v. County of Los Angeles Health and Human Services</u>, August, 1995
(Deposition and Trial Testimony) (Defendant)

14