# EXHIBIT 1

LAW OFFICES OF
## VICTOR L. GEORGE

## PATRICIA SAMSON v. WELLS FARGO BANK, N.A.
USDC Case No. CV-16-04839 GW (AGRx)

| DATE | DESCRIPTION OF SERVICE RENDERED | VLG TIME | WCS TIME |
|---|---|---|---|
| 03/23/2020 | **Receipt and review** of Δ's Renewed Motion for Judgment as a Matter of Law | 3.5 | 2.5 |
| 03/23/2020 | **Begin Review** of Trial Transcripts re Preparation of Opposition to Motion for Judgment as a Matter of Law | 1.0 | 2.0 |
| 03/24/2020 | **Continue review** of Trial Transcripts re Preparation of Opposition to Motion for Judgment as a Matter of Law | 2.5 | 2.0 |
| 03/25/2020 | **Continue review** of Trial Transcripts re Preparation of Opposition to Motion for Judgment as a Matter of Law; research law re timing of opposition; review submitted case law in support of Motion | | 3.0 |
| 03/27/2020 | **Receipt and review** of Notice of Continuance of Δ's Motion for Judgment as a Matter of Law | .1 | .1 |
| 03/27/2020 | **Prepare and Revise** Stipulation to Continue Hearing on Motion for Judgment as a Matter of Law | .6 | 1.2 |
| 03/30/2020 | **Prepare** Order re: Stipulation to Continue Hearing on Motion for Judgment as a Matter of Law | | .5 |
| 04/01/2020 | **Review** Trial Exhibits to submit in support of Opposition to Δ's Motion for Judgment as a Matter of Law | | 5.5 |
| 04/02/2020 | **Review** Trial Exhibits to submit in support of Opposition to Δ's Motion for Judgment as a Matter of Law | 3.5 | |
| 04/06/2020 | **Research** law re: Punitive Damages, Sufficiency of Evidence | | 4.0 |
| 04/07/2020 | **Research** law re: Post Trial Motion Standards | | 3.5 |
| 04/10/2020 | **Review and revise** Opposition to Motion for Judgment as a Matter of Law; Review Trial Exhibits | 2.5 | 2.0 |
| 04/13/2020 | **Review and edit** Opposition to Motion for Judgment as a Matter of Law, Declaration of Victor George | 1.5 | |
| 04/17/2020 | **Receipt and review** of Δ's Reply Brief in Support of Its Renewed Motion for Judgment as a Matter of Law | 1.0 | 1.0 |

| DATE | DESCRIPTION OF SERVICE RENDERED | VLG TIME | WCS TIME |
|---|---|---|---|
| 04/20/2020 | **Receipt and review** of Δ's Objections to π's Application for Costs | | .9 |
| 04/21/2020 | **Draft** Reply to Δ's Objections to Application for Costs; Declaration of Wayne C. Smith | | 2.5 |
| 04/23/2020 | **Finalize** Reply to Δ's Objections to Application for Costs; Declaration of Wayne C. Smith | | 1.2 |
| 04/24/2020 | **Receipt and review** of Δ's Opposition to π's Motion for Attorneys' Fees | 2.5 | 2.3 |
| 04/24/2020 | **Receipt and review** of Δ's Objections to π's Evidence Submitted in Support of Her Motion for Attorneys' Fees | | 1.0 |
| 04/24/2020 | **Receipt and review** of Δ's Appendix of Evidence in Opposition to π's Motion for Attorneys' Fees | 2.5 | 2.7 |
| 04/29/2020 | **Prepare** Joint Stipulation to Continue the Hearing on π's Motion for Attorneys' Fees and Deadlines to File Δ's Opposition and π's Reply & Proposed Order | | 1.1 |
| 05/04/2020 | **Attend** Hearing on Δ's Motion for Judgment as a Matter of Law | 1.0 | 1.0 |
| 05/05/2020 | **Receipt and review** of Civil Minutes re Tentative Ruling on Δ's Motion for Judgment as a Matter of Law | 1.0 | 1.0 |
| 05/15/2020 | **Receipt and review** of Δ's Supplemental Reply Brief in Support of Its Renewed Motion for Judgment as a Matter of Law | .8 | .5 |
| 05/28/2020 | **Attend** Hearing on π's Motion for Punitive Damages and Δ's Motion for Judgment as a Matter of Law (Telephonic Appearance) | 1.0 | 1.0 |
| 06/01/2020 | **Receipt and review** of Δ's Supplemental Sur-Reply Brief in Support of Its Renewed Motion for Judgment as a Matter of Law | 1.0 | .7 |
| 06/05/2020 | **Attend** Hearing on Δ's Motion for Judgment as a Matter of Law | 1.0 | 1.0 |
| 07/06/2020 | **Receipt and review** of Δ's Objection to π's Unauthorized Third Supplemental Brief Concerning the Motion for Judgment as a Matter of Law and Responses Thereto | | .7 |
| 12/10/2020 | **Attend** Status Conference (Telephonic Appearance) | 1.0 | 1.0 |
| 12/29/2020 | **Receipt and review** of Δ's Brief in Advance of Third Evidentiary Hearing on Its Motion for Judgment as a Matter of Law | .7 | .5 |
| 01/21/2021 | **Attend** Status Conference (Telephonic Appearance) | 1.0 | 1.0 |

| DATE | DESCRIPTION OF SERVICE RENDERED | VLG TIME | WCS TIME |
|---|---|---|---|
| 01/21/2021 | **Receipt and review** of Civil Minutes re Ruling on Defendant's Motion for Judgment as a Matter of Law | .5 | .5 |
| 01/25/2021 | **Attend** Status Conference (Telephonic Appearance) | 1.0 | 1.0 |
| 02/01/2021 | **Receipt and review** of Civil Minutes re Ruling on Defendant's Motion for Judgment as a Matter of Law | .5 | .5 |
| 02/08/2021 | **Attend** Scheduling Conference re π's Motion for Attorneys' Fees (Telephonic Appearance) | | .5 |
| | *TOTAL HOURS (EACH ATTORNEY)* | **31.7** | **49.9** |
| | *GRAND TOTAL HOURS* | **81.6** | |