Victor L. George, State Bar No. 110504
Wayne C. Smith, State Bar No. 122535
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd, First Floor
Torrance, California 90503
Telephone: (310) 698-0990
Facsimile: (310) 698-0995
E-mail:     vgeorge@vgeorgelaw.com
            wsmith@vgeorgelaw.com

Attorneys for Plaintiff,
PATRICIA ANNE T. SAMSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANNE T. SAMSON,<br><br>              Plaintiff,<br><br>       v.<br><br>WELLS FARGO BANK,<br>NATIONAL ASSOCIATION, a<br>business, form unknown; and<br>DOES 1 through 100, inclusive,<br><br>              Defendants. | CASE NO. 2:16-CV-04839-GW-AGR<br>[Assigned to the Hon. George H. Wu,<br>Courtroom 9D]<br><br>**DECLARATION OF STUART B.<br>ESNER IN SUPPORT OF<br>PLAINTIFF'S REPLY RE MOTION<br>FOR ATTORNEYS FEES**<br><br>Date:        March 29, 2021<br>Time:        8:30 a.m.<br>Crtrm.:      9D<br><br>Complaint filed: May 20, 2016<br>Trial Date: March 10, 2020 |

-1-
**DECLARATION OF STUART B. ESNER**

## <u>DECLARATION OF STUART B. ESNER</u>

I, Stuart B. Esner, do hereby declare as follows:

1.   I am an attorney at law, duly authorized to practice law before all of the courts of the State of California. I could and would competently testify to the following on the basis of my personal knowledge.

2.   I graduated magna cum laude from Loyola Law School of Los Angeles in 1982. I then worked as a law clerk for the Honorable John L. Cole in the writs and receivers department of the Los Angeles Superior Court. Following that, I worked as a research attorney for Associate Justice Eugene McClosky at the Second Appellate District Court of Appeal, Division Four. Before founding the firm now known as Esner, Chang and Boyer in 1990 I worked as an Associate at Horvitz & Levy (then Horvitz, Levy & Amerian) where I prepared appellate briefs and argued before the California Court of Appeal.

3.   Between 1989 and 2018, I was an adjunct Professor of Law at Loyola Law School of Los Angeles teaching appellate advocacy (taking one year off during that period). I am routinely asked to participate in continuing legal education programs concerning appellate representations, among other matters,

4.   In September 1990, I co-founded the appellate law firm now known as Esner, Chang & Boyer. I am a certified appellate practitioner by the State Bar of California. I have been selected as a Southern California "Super Lawyer" every year since 2005 and selected in 2007, 2010 and 2011, 2016, 2018, 2019 and 2020 as one of the top 100 lawyers in Southern California. I was named the Appellate Lawyer of the Year by Consumer's the Attorney Association of Los Angeles for 2005.

5.   Since 1990, my practice has been largely devoted to representing plaintiffs in appellate matters. During that time, I have been the lawyer primarily responsible for handling several hundred appeals in the California Courts of Appeal, the Ninth Circuit Court of Appeals and the California Supreme Court.

**DECLARATION OF STUART B. ESNER**

6.    With respect to Ms. Boyer's experience, reputation and ability in the representation of Plaintiff, Ms. Boyer has been a certified appellate specialist since 2010. She was admitted to the bar in 2002 and has exclusively practiced in the area of civil law and motion and appellate law.  Ms. Boyer joined the appellate firm, now named Esner, Chang & Boyer, in 2007 and became a named partner in 2010.  Ms. Boyer has been honored on the list of Southern California "Super Lawyers" consecutively since 2014, and before that had been recognized on the "Rising Stars" list beginning in 2008 through 2013.  Ms. Boyer has also been named by Los Angeles Magazine, Top 50 Women Attorneys in Southern California, from 2017 through 2020 consecutively, and Top 100 Attorneys in Southern California from 2019 to 2020.  Ms. Boyer also received the Appellate Attorney of the Year by the Consumer's Attorney Association of Los Angeles in 2019.  Ms. Boyer has authored several articles and is frequently asked to speak on appellate issues.  Ms. Boyer has argued before the California Supreme Court, California Court of Appeal as well as the Ninth Circuit. Ms. Boyer has handled numerous appeals and has numerous published decisions.

7.    Attached to this declaration as Exhibit A and incorporated by reference, is the resume of Steffi Jose for purposes of use with this fee motion. Prior to joining Esner, Chang and Boyer, Ms. Jose worked at two litigation law firms. While in law school, among other things, she clerked for the appellate firm of Greines, Martin, Stein & Richland, and externed for Ninth Circuit Court of Appeals Judge Harry S. Pregerson and District Court Judge Terry J. Hatter, Jr. Ms. Jose is now a research attorney with the Court of Appeal. I did not want to ask her to personally submit a declaration supporting this motion out of concern that doing so might violate a policy of the First District Court of Appeal (her employer) prohibiting her continued representation of clients. (If this Court concludes that such a declaration is required, then plaintiff requests an opportunity to seek its submission.) While Ms. Jose worked at Esner, Chang and Boyer, I personally observed her work product on a number of cases, including this one, and can attest that her work evidenced a high level of skill far beyond what would ordinarily be expected of

-3-
**DECLARATION OF STUART B. ESNER**

a young lawyer. Sadly for us, Ms. Jose stopped working at our firm when a clerking position became available at the First Appellate District.

8.    In June 2017, Plaintiff filed a notice of appeal from the district court's summary judgment entered against Plaintiff in this matter. Our firm was associated in as co-counsel for Plaintiff on appeal.  (9th Cir. No. 17-5592717.) We prepared and filed an appellant's opening brief and appellant's reply brief (respectively, exhibits B and C attached hereto) and presented oral argument. The Ninth Circuit issued its opinion on June 28, 2019 reversing the summary judgment. (Exhibit D hereto.)

9.    Ms. Jose and I contemporaneously kept track of our time representing plaintiff for the aforesaid appellate proceedings. Our summary was generated using the CLIO software program which is used by Esner, Chang & Boyer to keep track of the time and costs its cases. Each month, all lawyers at the firm either directly enter the time into the CLIO program or provide the time to a firm employee for her to do so. I have personal knowledge of the manner in which the firm's bills or billing summaries are generated.

10.    Based upon the nature of the work it was necessary to perform, the total hours expended were reasonable. Ms. Jose, Ms. Boyer and I expended a total of 95.6 hours: Ms. Jose worked a total of 67.1 hours and I worked a total of 11.5 hours. (Exhibit E.) The total fee sought for this work is $50,000.

11.    The rates requested for this work are as follows: $450 per hour for Ms. Jose's work and $700 for my work and Ms. Boyer's time.  The rates we are requesting are well within the "comparable rate for similarly experienced attorneys in the Los Angeles County area. . . ." (*Caldera v. Department of Corrections and Rehabilitation* (2020) 48 Cal.App.5th 601, 611.)

///

///

///

-4-
**DECLARATION OF STUART B. ESNER**

12.  Accordingly, the total fees sought for the work of Esner, Chang & Boyer for the appeal (and limited work in the trial court post-appeal) is $207,620 ($50,000 + $157,620).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 12, 2021, at Los Angeles, California.

*/s/ Stuart B. Esner*

By:  _____

Stuart B. Esner

-5-
**DECLARATION OF STUART B. ESNER**