# EXHIBIT A

S T E F F I   J O S E

## EXPERIENCE

**California Court of Appeal, First District**, San Francisco, CA
*Appellate Attorney*                                        Aug. 2019 – Present
- Review trial court records and parties' briefs, motions, and other documents filed on appeal.
- Conduct in-depth legal research and analyze relevant issues in all areas of appellate law, including criminal, civil, and juvenile.
- Draft proposed opinions explaining the factual and legal bases for deciding appeals.
- Analyze petitions for rehearing and prepare memoranda recommending disposition to three-judge panels.

**Esner, Chang & Boyer**, Walnut Creek, CA
*Associate Attorney*                                        June 2017 – July 2019
- Prepared briefs and petitions, records on appeal, and motions before Federal and California appellate courts in a variety of legal subject areas.
- Drafted summary judgment motions, motions in limine, critical trial documents, and post-judgment motions before Federal and California trial courts.
- Advised and prepared objective memoranda for trial attorneys on complex legal issues, strengths and weaknesses of the parties' positions, litigation strategy, preservation of issues for appeal, and recommended courses of action.

**Harrington, Foxx, Dubrow & Canter, LLP,** Los Angeles, CA
*Associate Attorney*                                        Oct. 2015 – May 2017
- Spearheaded civil litigation cases on behalf of businesses and individuals from insurance claim to post-trial motions in firm focusing in the areas of general liability and casualty, products liability, toxic torts, and insurance coverage.
- Researched, prepared, and argued discovery and dispositive motions, oppositions, ex parte applications, and appellate briefs and writs, in state court.
- Managed all discovery, including taking and defending depositions.
- Regularly corresponded with executives for large and small businesses and insurance claim adjusters, providing them with a straightforward evaluation of case and proposed plans of action.
- Prepared insurance coverage opinions analyzing insurance policies and liability issues.

**Lanzone Morgan**, Long Beach, CA
*Associate Attorney*                                        Nov. 2014 – Oct. 2015
- Drafted pleadings and argued motions and oppositions and ex parte applications on behalf of elderly and dependent adults for abuse and neglect against nursing homes, residential care facilities, adult day care centers, and other health facilities.
- Managed all written discovery and conducted depositions.
- Prepared briefs and writ petitions in the California Court of Appeals, including successful briefing in a case that resulted in a published opinion in favor of clients in *Jarman v. HCR ManorCare, Inc.* (2017) 9 Cal.App.5th 807, review granted June 28, 2017).

**Greines, Martin, Stein & Richland, LLP,** Los Angeles, CA
*Law Clerk*                                        Jan. 2014 – March 2014
- Assisted in firm's civil appellate practice by preparing memoranda analyzing discrete legal issues in civil matters in areas such as labor and employment, health care litigation, and insurance coverage, before the California Court of Appeals.

**United States Court of Appeals for the Ninth Circuit,** Woodland Hills, CA
*Judicial Extern to the Honorable Harry S. Pregerson*                    Sept. 2013 – Dec. 2013

# S T E F F I   J O S E

- Researched and prepared memoranda with case overviews and recommendations to the Judge in civil and criminal matters including environmental law, wrongful termination, immigration, and constitutional criminal procedure.
- Drafted portions of opinions and bench memoranda in matters raising constitutional law questions.

**Los Angeles County District Attorney's Office, Consumer Protection Division**, Los Angeles, CA
*Law Clerk*                                                                                    June 2013 – Aug. 2013

- Assisted the development of the Environmental Crimes Section by creating and compiling into manuals uniform jury instructions and charging language for environmental crimes; and
- Prepared motions in consumer protection matters.

**United States District Court for the Central District of California,** Los Angeles, CA
*Judicial Extern to the Honorable Terry J. Hatter, Jr.*                        Aug. 2012 – Dec. 2012

- Prepared written orders on motions and petitions in civil and criminal cases, including habeas corpus petitions.

**Los Angeles County District Attorney's Office, Hardcore Gang Division,** Los Angeles, CA
*Law Clerk*                                                                                    June 2012 – Aug. 2012

- Conducted legal research and prepared memoranda on a variety of criminal matters.
- Synthesized and prepared evidence for presentation to jury at trial through PowerPoint presentations or audio clips.

**Superior Court of California, County of Los Angeles**, Pomona, CA
*Judicial Extern to the Honorable R. Bruce Minto*                           June 2012 – Aug. 2012

- Conducted legal research on a variety of civil cases.
- Prepared memoranda with recommendations for the Judge's rulings on motions, including motions for summary judgment and demurrers.

---

## BAR ADMISSIONS

California State Bar (State Bar No. 299410); United States District Court, Central District of California
Dec. 2014

United States Court of Appeal, Ninth Circuit
Jan. 2019

---

## EDUCATION

**Southwestern Law School**, Los Angeles, CA
*Juris Doctor,* May 2014

Honors:  Lead Article Editor, Southwestern Journal of International Law (2013-2014); Dean's Merit Award (2011-2012, 2012-2013, 2013-2014); C.A.L.I. Excellence for the Future Award, Highest Grade in Course:  Legal Writing, Analysis and Skills II (Spring 2012)

**University of California**, Santa Barbara, CA
*Bachelor of Arts in Law and Society, with a Minor in Philosophy,* May 2009

S T E F F I   J O S E

## **PUBLICATIONS**

"*To Publish Or Not To Publish:  That Is The Question*," Forum Magazine, Consumer Attorneys of California
Oct. 2017

"*From Kangaroo Court To Supreme Court:  How The Court Of Arbitration For Sport Can Legitimize Anti-Doping Law*," Southwestern Journal of International Law
May 2014