Victor L. George, State Bar No. 110504
Wayne C. Smith, State Bar No. 122535
LAW OFFICES OF VICTOR L. GEORGE
20355 Hawthorne Blvd, First Floor
Torrance, California 90503
Telephone:    (310) 698-0990
Facsimile:    (310) 698-0995
E-mail:    vgeorge@vgeorgelaw.com
          wsmith@vgeorgelaw.com

Attorneys for Plaintiff,
PATRICIA ANNE T. SAMSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA ANNE T. SAMSON,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a business, form unknown; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE No. CV-16-04839 GW (AGRx)<br>[Assigned to the Hon. George H. Wu, Courtroom 9D]<br><br>**DECLARATION OF WAYNE C. SMITH IN SUPPORT OF REPLY RE MOTION FOR ATTORNEYS FEES**<br><br>[Filed concurrently with:<br>Plaintiff's Supplemental Reply in Support of Motion for Attorneys Fees]<br><br>Date:    March 29, 2021<br>Time:    8:30 a.m.<br>Crtrm:  9D<br><br>Complaint filed:  May 20, 2016<br>Trial Date:        March 10, 2020 |

///
///
///
///

1

I, Wayne C. Smith, declare:

I am an attorney at law, duly licensed to practice law in all of the Courts of the State of California and the United States District Court for the Central District of California.  I am a partner in the Law Offices of Victor L. George, attorneys for Plaintiff.  I have personal knowledge of the matters stated herein.  If called as a witness, I could and would testify truthfully and competently thereto under oath.

1.      Mr. Kaufman repeats the false claim, in violation of the mediation privilege, that Mr. Kaufman communicated to me made a verbal settlement offer of $500,000 during a brief conversation he and I had while I was in route to a deposition in another matter.  He didn't.  We discussed our respective brackets but that was the extent of the discussion. The only offer ever made by Wells Fargo was for $15,000 and that was during the December 2019 mediation. (Defense Exhibit "F").   Had Mr. Kaufman made the offer he claims he made, he would have memorialized it in a follow up email.  Mr. Kaufman hasn't attached any such email confirming the offer because it never happened.

2.      I spent a total of five (5) hours preparing Plaintiff's Supplemental Reply re Motion for Attorneys Fees.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed this 16th day of March 2021, at Torrance, California.

/s/ *Wayne C. Smith*

WAYNE C. SMITH
Declarant

2

DECLARATION OF WAYNE C. SMITH