

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

April 30, 2021

| | |
|---|---|
| Nos.: | 21-55421 x  21-55436   Cross Appeals |
| D.C. No.: | 2:16-cv-04839-GW-AGR |
| Short Title: | Patricia Samson v. Wells Fargo Bank, N.A., et al |

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 30 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICIA ANNE T. SAMSON,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>WELLS FARGO BANK, N.A., a South Dakota corporation,<br><br>        Defendant - Appellee,<br><br> and<br><br>DOES, 1 through 100, inclusive,<br><br>        Defendant. | No. 21-55421<br><br>D.C. No. 2:16-cv-04839-GW-AGR<br>U.S. District Court for Central California, Los Angeles<br><br>**TIME SCHEDULE ORDER** |
| PATRICIA ANNE T. SAMSON,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>WELLS FARGO BANK, N.A., a South Dakota corporation,<br><br>        Defendant - Appellant,<br><br> and | No. 21-55436<br><br>D.C. No. 2:16-cv-04839-GW-AGR<br>U.S. District Court for Central California, Los Angeles |

DOES, 1 through 100, inclusive,

Defendant.

This order vacates all brief due dates set by previously issued time schedule orders. The parties shall meet the following cross appeal time schedule.

| | |
|---|---|
| **Fri., May 7, 2021** | Appellants' Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Fri., August 6, 2021** | The party(s) who filed the first appeal shall file and serve the first brief on cross-appeal pursuant to FRAP 28.1. |
| **Tue., September 7, 2021** | The party(s) who filed the second appeal shall file and serve the second brief on cross-appeal pursuant to FRAP 28.1. |
| **Thu., October 7, 2021** | The third brief on cross-appeal shall be filed and served pursuant to FRAP 28.1. |

**The optional cross appeal reply brief shall be filed and served within 21 days of service of the third brief on cross appeal, pursuant to FRAP 28.1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7